UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>SEC, )<br>)<br>　　Defendant. )<br>_____ ) | Case number: 06-1260 ESH |

### AFFIDAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

The United States Attorney General was served the complaint by first class certified mail, return receipt requested on July 19, 2006.

Attached to this affidavit is the original receipt concerning service of the complaint on the United States Attorney General.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 4th day of August, 2006,

　　　　　　　　　　　　-S-_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

Attorney for Plaintiff

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>US Attorney General<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUL 19 2006<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service...) | 7006 0100 0005 7587 4336 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |