UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre,<br><br>    Plaintiff,<br><br>v.<br><br>SEC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Case number: 06-1260 ESH<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF SERVICE

I hereby declare that service of the Complaint in the above-captioned case has taken place in the following manner:

The United States Attorney for the District of Columbia was served the complaint by first class certified mail, return receipt requested on July 14, 2006.

As Plaintiff has never received the original return receipt from the United States Attorney for the District of Columbia, a copy of U.S. Postal Service confirmation of delivery is attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 4th day of August, 2006,


_____-S-_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

Attorney for Plaintiff



**Track & Confirm**

## Search Results

Label/Receipt Number: **7006 0100 0005 7587 4343**
Status: **Delivered**

Your item was delivered at 10:34 am on July 20, 2006 in WASHINGTON, DC 20001.

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

2

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. 


**POSTAL INSPECTORS**
**Preserving the Trust**

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved.   Terms of Use   Privacy Policy