UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE<br>1528 Corcoran Street, N.W.<br>Washington, D.C. 20009,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SECURITIES AND EXCHANGE<br>　COMMISSION,<br>100 F Street, N.W.<br>Washington, D.C. 20549,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  1:02-cv-1260-ESH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME

Defendant Securities and Exchange Commission ("SEC") hereby respectfully requests that the Court extend its time to respond to Plaintiff Gary Aguirre's Complaint for Declaratory and Injunctive Relief ("Complaint") until September 8, 2006.  Pursuant to 5 U.S.C. 552(a)(4)(C), the SEC's response to the Complaint (which the SEC received on July 18, 2006) is due on August 17, 2006.  Defendant requests the extension of time because counsel and others at the agency will be on previously-scheduled vacations during the month of August.  Counsel for plaintiff has advised the SEC that he does not oppose this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　THOMAS J. KARR, D.C. Bar No. 426240
　　　　　　　　　　　　　　　　　　　LAURA WALKER, D.C. Bar No. 445455
　　　　　　　　　　　　　　　　　　　Office of the General Counsel
　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　100 F Street, N.E.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20549-9612
　　　　　　　　　　　　　　　　　　　(202) 551-5031 (Walker)

                                                     (202) 772-9263 (fax)

August 4, 2006                        ATTORNEYS FOR DEFENDANT SECURITIES
                                                  AND EXCHANGE COMMISSION