AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Gary Aguirre,

      Plaintiff(s)    )  **APPEARANCE**

      vs.    )  CASE NUMBER  06-cv-1260-ESH

Securities and Exchange Commission,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas J. Karr__ as counsel in this
      (Attorney's Name)

case for: __Securities and Exchange Commission__
    (Name of party or parties)

August 4, 2006
Date

*Thomas J. Karr* (Signature)

Thomas J. Karr
Print Name

D.C. Bar. #426340
BAR IDENTIFICATION

SEC, 100 F Street NE
Address

Washington, DC 20549-9612
City    State    Zip Code

202-551-5163
Phone Number