AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Gary Aguirre,

        Plaintiff(s)     )  **APPEARANCE**

        vs.     )  CASE NUMBER  06-cv-1260-ESH

Securities and Exchange Commission,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Laura Walker** as counsel in this
(Attorney's Name)

case for: **Securities and Exchange Commission**
(Name of party or parties)

8/4/06
Date

*[signature]*
Signature

Bar. No. 445455
BAR IDENTIFICATION

Laura Walker
Print Name

SEC, 100 F Street, NE
Address

Washington, DC   20549-9612
City   State   Zip Code

(202) 551-5031
Phone Number