UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                        )
GARY AGUIRRE,                           )
                                        )
       Plaintiff,                       )
                                        )
       v.                              )   Case No.  1:06-cv-01260-ESH
                                        )
SECURITIES AND EXCHANGE                 )
COMMISSION,                             )
                                        )
       Defendant.                       )
_____)

### MOTION OF THE SECURITIES AND EXCHANGE COMMISSION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant, the Securities and Exchange Commission ("Commission"), moves for summary judgment with respect to items two through five and seven through twelve of plaintiff's December 30, 2005 FOIA request (as enumerated in paragraph thirty-seven of plaintiff's complaint).

In support of the Commission's motion for summary judgment, the Commission is

simultaneously filing with the Court its Memorandum in Support of Motion for Summary Judgment, a Statement of Material Facts for Which There Is No Genuine Dispute, and a proposed order.

                                                Respectfully submitted,

_____/s/_____
MELINDA HARDY, D.C. Bar No. 431906
Assistant General Counsel

THOMAS J. KARR, D.C. Bar No. 426340

LAURA WALKER, D.C. Bar No. 445455
Senior Counsel

NOELLE FRANGIPANE
Senior Counsel

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9612
(202) 551-5140
January 8, 2007                        (202) 772-9263 (fax)