UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
_____
                              )
GARY AGUIRRE,                 )
                              )
        Plaintiff,            )
                              )
    v.                        )   Case No. 1:06-cv-01260-ESH
                              )
SECURITIES AND EXCHANGE       )
COMMISSION,                   )
                              )
        Defendant.            )
_____)
```

**ORDER GRANTING THE MOTION OF THE SECURITIES AND
EXCHANGE COMMISSION TO DISMISS AND FOR SUMMARY JUDGMENT**

This matter having come before the Court on the motion of the United States Securities and Exchange Commission ("Commission") for summary judgment, the Court finds that the Commission properly withheld the documents sought by plaintiff's Freedom of Information Act ("FOIA") request. Specifically, the Court finds that

(1) the documents related to the Commission's proposed amendment to its ethics rules are covered by the deliberative-process privilege and thus exempt from disclosure under FOIA Exemption 5, 5 U.S.C. 552(b)(5);

(2) the documents related to an ongoing investigation of the Commission's Office of the Inspector General are exempt from disclosure under FOIA Exemption 7(A), 5 U.S.C. 552(b)(7)(A);

(3) the compensation committee spreadsheets are exempt from disclosure under FOIA Exemptions 5 and 6, 5 U.S.C. 552(b)(5),(6); and

(4)  the personal identifying information – including names, e-mail addresses, street addresses, telephone numbers, and social security numbers – of persons other than plaintiff which were redacted from personnel files produced to plaintiff were properly withheld pursuant to FOIA Exemption 6.

The Court further finds that plaintiff was not entitled to access to the withheld documents pursuant to the Privacy Act, 5 U.S.C. 552a. It is thus hereby

ORDERED that the Commission's motion is GRANTED, and that judgment is granted for the Commission with respect to items two through five and seven through twelve of plaintiff's December 30, 2005 FOIA/Privacy Act request (as enumerated in paragraph thirty-seven of the Complaint).

_____
UNITED STATES DISTRICT JUDGE

Date:_____

## SERVICE LIST

Melinda Hardy
Thomas J. Karr
Laura L. Walker
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-9612
Email:  karrt@sec.gov

Joanne Royce
Government Accountability Project
1612 K Street, NW
Suite 1100
Washington, DC 20006
Email: joanner@whistleblower.org

Scott Allan Hodes
P.O. Box 42002
Washington, DC 20015
Email: infoprivacylaw@yahoo.com