# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY AGUIRRE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  1:02-cv-1260-ESH |
| | ) | |
| SECURITIES  AND EXCHANGE | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF WILLIAM LENOX

I, William Lenox, declare as follows:

1.  I am Ethics Counsel and Designated Agency Ethics Official in the Office of the General Counsel of the Securities and Exchange Commission ("Commission").  I work in the Commission's Washington, D.C. headquarters office.  I have been employed in this capacity with the Commission since approximately April 2004.  My principal responsibilities include drafting, commenting on, and implementing regulations concerning ethical conduct issues.

2.  On January 31, 2006, I was contacted by the U.S. Office of Government Ethics ("OGE") concerning a Freedom of Information Act ("FOIA") request that had been made to OGE. In processing the request, OGE located records that originated with the Commission.  OGE referred these records to my office for processing by the Commission.

3.  The referred records include three documents.  All three documents concern a Commission regulation titled, "Regulation Concerning Conduct of Members and Employees of the Securities and Exchange Commission." ("the Conduct Regulation").  **Document 1** is a

February 14, 2000 fax consisting of a one-page memo to Stuart Rick (OGE) from Audrey

Bredhoff (SEC) with proposed revisions to the Conduct Regulation to address comments the

Commission had previously received from Ricks and an 18-page revised draft version of the

Conduct Regulation; **Document 2** is a February 28, 2000 fax consisting of a one-page memo to

Stuart Rick (OGE) from Audrey Bredhoff (SEC) that outlines proposed revisions to the Conduct

Regulation and a 17-page revised draft version of the Conduct Regulation; and **Document 3** is an

April 14, 2000 fax titled "SEC 4-14-00 Revised Draft and Responses to OGE's 3/17/00

Comments." It consists of one cover page describing Commission comments and a 16-page

"attached revised draft" of the Conduct Regulation.

    4. All three documents concern draft revisions to the Conduct Regulation that were

considered by the Commission and by OGE. Commission staff created the records at issue in

advance of any decision to revise this rule. The documents reflect individual staff views on

whether and how possible revisions to the Conduct Regulation should be formulated and contain

staff comments and opinions. The documents thus reflect advice to the agency decisionmakers on

possible changes to the Conduct Regulation. The documents do not reference Mr. Aguirre.

    5. The proposed changes to the Conduct Regulation were not publicly disclosed, and no

final decision on these changes has been made. To date, the changes to the Conduct Regulation

continue to be contemplated and deliberated by the Commission, and these draft documents

continue to be integral to those discussions.

    6. Disclosure of the documents to the public would likely inhibit the staff's candor in

making recommendations on draft documents and discussing comments and alternatives on rule

changes.

    7. This office also conducted a reasonable search for documents concerning the proposed

rulemaking, and has not located any additional documents responsive to Mr. Aguirre's request.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2007 in Washington, D.C.

William Lenox