UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE, <br><br> Plaintiff, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> Defendant. | Case No. 1:02-cv-1260-ESH |

### DECLARATION OF CELIA WINTER

I, Celia Winter, declare as follows:

1. I am the Freedom of Information Act (FOIA) Officer for the United States Securities and Exchange Commission ("Commission"). I have been the agency FOIA Officer with the Commission at all times relevant to the matters addressed herein. My responsibilities include oversight of the agency FOIA and Privacy Act programs, providing advice regarding the FOIA and Privacy Act, and supervision of the collection and review of any documents produced by the Commission in response to a FOIA request. I am familiar with the procedures followed in responding to Gary Aguirre's December 30, 2005 FOIA request, and I am familiar with the descriptions of systems of records that the Commission has compiled under the Privacy Act.

2. To respond to items seven through twelve of Aguirre's request, the Commission's FOIA Office sent memoranda to FOIA liaisons in the Divisions and Offices of the Commission who could have responsive documents. Those liaisons contacted the relevant staff who reviewed their work files (both electronic and paper) to determine if they had responsive documents.

3. I have reviewed the e-mails and handwritten notes that the Office of the General

Counsel has determined should now be provided to Aguirre in redacted form. Those documents do not come within any of the Commission's systems of records.

4. I have also reviewed the compensation committee spreadsheets that the Commission continues to withhold. Those spreadsheets do not come within any of the Commission's systems of records. The SF-50s for each employee, not the spreadsheet, contain the Commission's formal record of the merit pay awarded to each employee.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2007 in Washington, D.C.

_____
Celia Winter