UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT**

Plaintiff, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file its Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. Defendant, through counsel, has indicated that Defendant does not oppose this motion.

Plaintiff seeks to extend the deadline for his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, 30 days, until March 1, 2007. Defendant's Opposition and Reply would then be due March 16, 2007, with Plaintiff's Reply due March 23, 2007. This proposed briefing schedule is reflected in the proposed Order attached hereto.

This is Plaintiff's first request for an extension of time in the instant action. Good cause exists to grant Plaintiff's request for an extension of time. Initially, in Defendant's Motion for Summary Judgment filed January 8, 2007, Defendant indicated that it was not withholding many of the documents previously at issue and was making a supplemental release of these documents to Plaintiff. However, this material was not attached to the

Defendant's filing and Plaintiff has been informed by Defendant's counsel that this release will be made sometime during the week of January 16, 2007.  It is quite likely that this release of documents may narrow the scope of issues Plaintiff will raise in his Cross-Motion for Summary Judgment.  However, until Plaintiff and his attorneys receive this supplemental release of documents from Defendant, he and his counsels can not adequately prepare for his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment.

Further, Plaintiff is working on the production of documents pursuant to a subpoena from the SEC's Office of Inspector General ("OIG") on an investigation it is conducting.  Though no express timetable has been set, to avoid any unnecessary controversy with the SEC-OIG, Plaintiff believes that he should complete the production of documents to the SEC OIG before he can begin work with his attorneys on his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment in this case.

Wherefore, Plaintiff seeks an enlargement of time in this action up to and including March 1, 2007. A proposed Order is attached hereto.

                Respectfully Submitted,

                _____/s/_____
                Scott A. Hodes, D.C. Bar #430375
                P.O. Box 42002
                Washington, D.C. 20015
                301-404-0502

                _____/s/_____
                Joanne Royce, D.C. Bar #379728
                Government Accountability Project
                1612 K Street, N.W.
                Suite 1100
                Washington, D.C. 20006
                202-408-9855 ext. 131

                Attorneys for Plaintiff