UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre,            )<br>                             )<br>    Plaintiff,           )<br>                             )<br>v.                          )<br>                             )<br>Securities and Exchange )<br>Commission,            )<br>                             )<br>    Defendant.          )<br>_____)  | Civil Action No.: 06-1260 (ESH) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter has come before the Court on the unopposed motion of the plaintiff to extend the time by which the plaintiff can file his cross-motion for summary judgment and opposition to defendant's motion for summary judgment. Having found that good cause exists to grant the requested extension, it is, this ____ day of January, 2007;

**ORDERED** that the plaintiff's motion for an extension of time is GRANTED and it is;

**FURTHER ORDERED** that plaintiff file his cross-motion by March 1, 2007, defendant's reply and opposition is due by March 16, 2007, and plaintiff's reply is due by March 23, 2007.

**SO ORDERED.**

_____
HON. ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT