UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Securities and Exchange )<br>Commission, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 06-1260 (ESH) |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT**

Plaintiff, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. Defendant, through counsel, has indicated that Defendant does not oppose this motion.

Plaintiff seeks to extend the deadline for his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, until May 1, 2007. Defendant's Opposition and Reply would then be due May 16, 2007, with Plaintiff's Reply due May 23, 2007. This proposed briefing schedule is reflected in the proposed Order attached hereto.

This is Plaintiff's second request for an extension of time in the instant action. Good cause exists to grant Plaintiff's request for an extension of time. Initially, in Defendant's Motion for Summary Judgment filed January 8, 2007, Defendant indicated that it was not withholding many of the documents previously at issue and was making a supplemental release of these documents to Plaintiff. However, these supplemental

releases were not fully made to Plaintiff until February 5, 2007. These releases consisted of nearly 700 pages of material, with certain information redacted to FOIA Exemptions 5 and 6.

Additionally, Plaintiff recently underwent back surgery, which has limited the amount of time he can sit upright each day. This has hampered his ability to fully analyze the released documents and assist his counsel with the preparation of his briefing on this matter. Plaintiff anticipates his recovery to proceed in the next few weeks to the point that he can put much more effort into assisting with his legal case.

Furthermore, it is quite likely that SEC's release of documents as well as the upcoming public report of the Senate Judiciary and Finance Committees on their investigation of events related to the FOIA requests at issue is expected to narrow the scope of issues Plaintiff will need to address in his Cross-Motion for Summary Judgment. However, until Plaintiff's health increases and the Senate report is released, Plaintiff and his attorneys can not adequately decide which issues, if any, they will contest in Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment.

Wherefore, Plaintiff seeks an enlargement of time in this action up to and including May 1, 2007. A proposed Order is attached hereto.

                                            Respectfully Submitted,

                                            _____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

                                            _____/s/_____
Joanne Royce, D.C. Bar #379728
Government Accountability Project
1612 K Street, N.W.
Suite 1100
Washington, D.C. 20006
202-408-9855 ext. 131

Attorneys for Plaintiff