UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter has come before the Court on the unopposed motion of the plaintiff to extend the time by which the plaintiff can file his cross-motion for summary judgment and opposition to defendant's motion for summary judgment. Having found that good cause exists to grant the requested extension, it is, this ____ day of February, 2007;

**ORDERED** that the plaintiff's motion for an extension of time is GRANTED and it is;

**FURTHER ORDERED** that plaintiff file his cross-motion by May 1, 2007, defendant's reply and opposition is due by May 16, 2007, and plaintiff's reply is due by May 23, 2007.

    **SO ORDERED.**

_____
HON. ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT