IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Defendant. | Case No. 1:06cv01260 (ESH) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Gary Aguirre, and Defendant, the Securities and Exchange Commission, jointly move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time for Aguirre to file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment ("Cross-Motion") until June 1, 2007.

The parties jointly seek this extension so that they can discuss the possibility of settling this action, including the part of the case that, pursuant to this Court's October 12, 2006 Minute Order, is not addressed in the Commission's motion for summary judgment. An extended period is necessary for settlement discussions because the Commission is continuing to process certain documents for release, and the parties cannot conduct meaningful settlement discussions until that processing is complete. Counsel for the Commission has represented to Aguirre's counsel that by May 1, 2007, it will provide to Aguirre the documents or portions of documents that it has determined are non-exempt.

Under the enlargement of time the parties seek, Aguirre's Cross-Motion would be due on

June 1, 2007, the Commission's Opposition and Reply would be due on June 18, 2007, and Plaintiff's Reply would be due on June 25, 2007. This proposed briefing schedule is reflected in the proposed Order attached hereto.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Scott A. Hodes, D.C. Bar #430375 | MELINDA HARDY, D.C. Bar No. 431906 |
| P.O. Box 42002 | Assistant General Counsel |
| Washington, D.C. 20015 | |
| 301-404-0502 | LAURA WALKER, D.C. Bar No. 445455 |
| | Senior Counsel |
| /s/ | |
| Joanne Royce, D.C. Bar #379728 | NOELLE L. FRANGIPANE |
| Government Accountability Project | Senior Counsel |
| 1612 K Street, N.W. | |
| Suite 1100 | THOMAS J. KARR, D.C. Bar No. 426340 |
| Washington, D.C. 20006 | Assistant General Counsel |
| 202-408-9855 ext. 131 | |
| | Securities and Exchange Commission |
| Attorneys for Plaintiff | 100 F Street, N.E. |
| | Washington, D.C. 20549-9612 |
| | (202)551-5180 |

Dated: April 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE,<br><br>　　　　Plaintiff,<br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Defendant. | Case No. 1:06cv01260 (ESH) |

**[PROPOSED] ORDER GRANTING
JOINT MOTION FOR EXTENSION OF TIME**

This matter has come before the Court on the joint motion of plaintiff, Gary Aguirre, and defendant, the Securities and Exchange Commission, to extend the time by which plaintiff can file his cross-motion for summary judgment and opposition to defendant's motion for summary judgment. Having found that good cause exists to grant the requested extension, it is, this ___ day of April, 2007:

**ORDERED** that the joint motion for an extension of time is GRANTED and it is;

**FURTHER ORDERED** that plaintiff file his cross-motion by June 1, 2007, defendant's reply and opposition is due by June 18, 2007, and plaintiff's reply is due by June 25, 2007.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. ELLEN S. HUVELLE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT