IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
GARY AGUIRRE                        )
                                    )
                                    )
            Plaintiff,              )
v.                                  )        Case No. 1:06cv01260 (ESH)
                                    )
U.S. SECURITIES AND EXCHANGE        )
COMMISSION,                         )
                                    )
            Defendant.              )
_____)

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff, Gary Aguirre, and Defendant, the Securities and Exchange Commission, jointly move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time for Aguirre to file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment ("Cross-Motion") until September 4, 2007.

The parties jointly seek this extension because they are continuing to discuss the possibility of settling this action. An extended period is necessary for settlement discussions because of the volume of documents at issue and because the Commission is continuing to work with third parties who have requested confidential treatment for some documents. *See* 17 CFR 200.83 (the Commission's confidential treatment procedures).

Under the enlargement of time the parties seek, Aguirre's Cross-Motion would be due on September 4, 2007, the Commission's Opposition and Reply would be due on September 19, 2007, and Plaintiff's Reply would be due on September 26, 2007. This proposed briefing schedule is reflected in the proposed Order attached hereto.

Respectfully submitted,


_____/s/_____                          _____/s/_____
Scott A. Hodes, D.C. Bar No. 430375        MELINDA HARDY, D.C. Bar No. 431906
P.O. Box 42002                             Assistant General Counsel
Washington, D.C. 20015
301-404-0502                               LAURA WALKER, D.C. Bar No. 445455
                                           Senior Counsel

                                           NOELLE FRANGIPANE
                                           Senior Counsel

                                           THOMAS J. KARR, D.C. Bar No. 426340
                                           Assistant General Counsel

                                           Securities and Exchange Commission
                                           100 F Street, N.E.
                                           Washington, D.C. 20549-9612
                                           (202)551-5180

Dated: May 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
GARY AGUIRRE                            )
                                        )
                                        )
              Plaintiff,                )
v.                                      )        Case No. 1:06cv01260 (ESH)
                                        )
U.S. SECURITIES AND EXCHANGE            )
COMMISSION,                             )
                                        )
              Defendant.                )
_____ )

**[PROPOSED] ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF TIME**

         This matter has come before the Court on the joint motion of plaintiff, Gary Aguirre, and

defendant, the Securities and Exchange Commission, to extend the time by which plaintiff can

file his cross-motion for summary judgment and opposition to defendant's motion for summary

judgment.  Having found that good cause exists to grant the requested extension, it is, this ____

day of May, 2007:

         **ORDERED** that the joint motion for an extension of time is GRANTED and it is;

         **FURTHER ORDERED** that plaintiff file his cross-motion by September 4, 2007,

defendant's reply and opposition is due by September 19, 2007, and plaintiff's reply is due by

September 26, 2007.

         **SO ORDERED**.


                              _____
                              HON. ELLEN S. HUVELLE
                              UNITED STATES DISTRICT COURT