AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Gary Aguirre

        Plaintiff(s)    )   **APPEARANCE**

vs.    )   CASE NUMBER   1:06cv01260 (ESH)

U.S. Securities and Exchange Commission

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Melinda Hardy  as counsel in this
                            (Attorney's Name)

case for: Securities and Exchange Commission
                      (Name of party or parties)

May 22, 2007
Date

*(Signature)*
Signature

Melinda Hardy
Print Name

D.C. Bar No. 431906
BAR IDENTIFICATION

100 F St. N.E.
Address

Washington, DC 20549-9612
City    State    Zip Code

202-551-5149
Phone Number