UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>Securities and Exchange )<br>Commission, )<br>)<br>     Defendant. )<br>_____) | Civil Action No.:  06-1260 (ESH) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND SCHEDULING ORDER**

The parties, in the above-captioned case hereby move, pursuant to Rule 6(b) of Federal Rules of Civil Procedure, for an enlargement of time to file their briefing schedule.

The Parties seek to extend the deadline for their Joint Status Report and Scheduling Order 7 (seven) days, until August 8, 2007.  The parties have been working on and have reached consensus on the scope of the matters to be included in the dispositive motions to be filed in this action except for one matter.  It is believed that this one week may allow the parties to reach an understanding on this issue without the Court's intervention in this matter, or at a minimum, clarify the scope of any disagreement for the court to resolve.

Wherefore, the parties seek an enlargement of time in this action up to and including August 8, 2007.  A proposed Order is attached hereto.

                                                           Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| Melinda Hardy, D.C. Bar No. 431906 | Scott A. Hodes, D.C. Bar. #430375 |
| Assistant General Counsel | P.O. Box 42002 |
|  | Washington, D.C.  20015 |
| Laura Walker, D.C. Bar No. 445455 | 301-404-0502 |
| Senior Counsel |  |
|  | Attorney for Plaintiff |
| Noelle Frangipane |  |
| Senior Counsel |  |
|  |  |
| Securities and Exchange Comm'n |  |
| 100 F St., N.E. |  |
| Washington, D.C. 20549-9612 |  |
| (202) 441-5140 |  |