UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | ) | |
|---|---|---|
| Gary Aguirre, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No.:  06-1260 (ESH) |
| Securities and Exchange Commission, | ) | |
|     Defendant. | ) | |

## [PROPOSED] ORDER GRANTING PARTIES JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND SCHEDULING ORDER

This matter has come before the Court on the joint motion of the parties to extend the time by which the parties can file their joint status report and scheduling order. Having found that good cause exists to grant the requested extension, it is, this ___ day of July, 2007;

**ORDERED** that the parities joint motion for an extension of time is GRANTED and it is;

**FURTHER ORDERED** that the parties file their joint status report by August 8, 2007.

**SO ORDERED.**

 

_____
HON. ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT