UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Gary Aguirre, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1260 (ESH) |
| | ) | |
| Securities and Exchange Commission, | ) | |
| | ) | |
| Defendant. | ) | |

## **[PROPOSED] ORDER**

It is **ORDERED** that the schedule for dispositive motions is as follows:

| | |
|---|---|
| Sept. 28, 2007 | SEC summary judgment brief and Vaughn index |
| Nov. 2, 2007 | Aguirre's summary judgment brief and opposition |
| Nov. 27, 2007 | SEC opposition and reply |
| Dec. 11, 2007 | Aguirre reply |

It is further **ORDERED** that the dispositive motions should address all issues raised by the Complaint, with the exception of whether the SEC has properly withheld documents subject to confidential treatment claims where the SEC is still processing those confidential treatment claims. The schedule for dispositive motions regarding those documents will be set at a later date.

**SO ORDERED.**

_____
HON. ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT