UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No.:  06-1260 (ESH) |
| Securities and Exchange Commission, | ) |
|     Defendant. | ) |

## **[PROPOSED] ORDER**

It is **ORDERED** that the schedule for dispositive motions is as follows:

| | |
|---|---|
| Sept. 28, 2007 | SEC summary judgment brief and Vaughn index |
| Nov. 2, 2007 | Aguirre's summary judgment brief and opposition |
| Nov. 27, 2007 | SEC opposition and reply |
| Dec. 11, 2007 | Aguirre reply |

It is further **ORDERED** that Plaintiff my raise the non-disclosure of nine transcripts and one-email in his dispositive motion.

    **SO ORDERED**


_____
Hon. Ellen S. Huvelle
United States District Court