UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GARY AGUIRRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01260 (ESH) |
| | ) | |
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based on a conference call conducted this date, the Court hereby issues the following scheduling order:

1. On or before August 24, 2007, defendant must provide plaintiff with a draft Vaughn index.

2. On or before September 7, 2007, counsel shall meet to discuss plaintiff's draft Vaughn index and plaintiff shall identify the specific withholdings that he plans to contest.

3. Defendant's motion for summary judgment is due October 1, 2007.

4. Plaintiff shall file his opposition and any motion for summary judgment regarding the documents subject to confidential treatment requests by November 2, 2007.

5. Defendant shall file a reply and any opposition by December 17, 2007.

6. Plaintiff shall file any reply to defendant's opposition by January 11, 2008.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 9, 2007