UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Gary Aguirre, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  06-1260 (ESH) |
| | ) | |
| Securities and Exchange | ) | |
| Commission, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **PLAINTIFF'S NOTICE OF WITHDRAWAL OF JOANNE ROYCE AS CO-COUNSEL**

Pursuant to LCvR 83.6(b), the undersigned, Joanne Royce, hereby gives notice of her intention to withdraw as co-counsel of record for plaintiff, Gary Aguirre in the above matter.

At the time of the filing of the Complaint in this matter, Ms. Royce was the general counsel for the Government Accountability Project ("GAP") and as such she entered her appearance on behalf of plaintiff.  As Ms. Royce is no longer employed by GAP, she wishes to withdraw as co-counsel in this matter.

1

Plaintiff, Gary J. Aguirre consents to this withdrawal.

Dated: September 17, 2007

_____ /s/ _____
Joanne Royce D.C. Bar #379728
Government Accountability Project
1612 K Street, N.W. Suite 1100
Washington, D.C.  2006
(202) 408-0034

Gary J. Aguirre
Plaintiff

2