UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, plaintiff respectfully moves the Court to admit plaintiff Gary J. Aguirre, *pro hac vice* in the above-captioned matter.

The Applicant is a member in good standing of the State Bar of California.  He was admitted to that Bar in 1967.  He has never been suspended or disbarred from any court, held in contempt, or otherwise been sanctioned under the Federal Rules of Civil Procedure or its state equivalents.  The Applicant has never moved for admission pro hac vice to this Court.  He is familiar with the facts and issues presented in this case.

Previous co-counsel in this matter, Joanne Royce, has filed her notice of withdrawal as counsel because she has resigned her position as a member of the legal staff of the Government Accountability Project, where she was employed and where she appeared as co-counsel in this matter.  She is now employed full time as Investigative Counsel with the Committee on Energy and Commerce of the United States House of Representatives.

For the reasons set forth above, plaintiff respectfully request that the Court grant this motion for Gary J. Aguirre to appear *pro hac vice* in all matters in this case. In accordance with Local Civil Rule 83.2(d), the instant motion is supported by the accompanying declaration of Gary J. Aguirre.

Dated:  September 18, 2007          Respectfully Submitted,


_____/s/_____
Scott A. Hodes, D.C. Bar. #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502

Attorney for Plaintiff