UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

Gary Aguirre, )
)
Plaintiff, )
)
v. ) Civil Action No.: 06-1260 (ESH)
)
Securities and Exchange )
Commission, )
)
Defendant. )
)

## DECLARATION OF GARY J. AGUIRRE IN SUPPORT OF MOTION F,OR ADMISSION PRO HAC VICE

Gary J. Aguirre, pursuant to 28 U.S.C. § 1746, declares as follows:

1) I am a member in good standing of the bar of the State of California. I am the Plaintiff in this action. I submit this declaration pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia in support of the Motion for Admission Pro Hac Vice.

2) My office address, telephone numbers, facsimile number are as follows:

> Gary J. Aguirre
> 402 West Broadway, Suite 400
> San Diego, CA 92101
> Telephone: (619) 595-3197
> Facsimile: (619) 595-3150

3) I have been admitted to the following bars: the State Bar of California, the Northern District of California, and the Southern District of California.

4) I hereby certify that I have not been disciplined by any Bar.

5) I have never been admitted pro hac vice in this Court.

6) I do not engage in the practice of law from an office located in the District of Columbia.

1

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 12th day of September, 2007.

_____
Gary J. Aguirre,
California Bar No. 38927
402 West Broadway, Suite 400
San Diego, CA 92101