UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01260-ESH |
| ) | |
| SECURITIES AND EXCHANGE ) | |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## MOTION OF THE SECURITIES AND EXCHANGE COMMISSION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendant, the Securities and Exchange Commission ("Commission"), moves for summary judgment with respect to plaintiff's Complaint. In support of the Commission's motion for summary judgment, the Commission is simultaneously filing with the Court its Memorandum in Support of Motion for Summary Judgment, a Statement of Material Facts for Which There Is No Genuine Dispute, and a proposed order.

Respectfully submitted,

_____/s/_____
MELINDA HARDY, D.C. Bar No. 431906
Assistant General Counsel

NOELLE FRANGIPANE
Senior Counsel

|  |  |
|---|---|
|  | Securities and Exchange Commission |
|  | 100 F Street, N.E. |
|  | Washington, D.C. 20549-9612 |
|  | (202) 551-5140 |
| October 1, 2007 | (202) 772-9263 (fax) |