UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:02-cv-1260-ESH |
| ) | |
| SECURITIES AND EXCHANGE ) | |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF ROBERT HANSON

I, Robert Hanson, declare as follows:

1. I am a Branch Chief in the Division of Enforcement at the Securities and Exchange Commission ("Commission"). I have been employed in this capacity with the Commission since approximately April 2003. From approximately January 2005 until December 2006, I was one of the individuals responsible for supervising an investigation of Pequot Capital Management.

2. The Division of Enforcement maintains a common computer drive (the "J drive") that all staff in the Division can access. When an investigation begins, a folder is generally opened on the J drive for that investigation, and only persons working on the investigation (and IT personnel) have access to that folder. In my experience, attorneys usually put nearly all documents that they create pertaining to an investigation on the J drive, but I am not aware of any requirement that they do so.

3. When I became one of the individuals responsible for supervising the Pequot investigation, there was already a folder on the J drive for that investigation. Since that time,

attorneys working on the investigation have continued to place documents on the J drive. In particular, the J drive contains drafts of correspondence and subpoenas.

4. It is impossible to determine from the Pequot folder on the J drive alone whether all the correspondence on it is substantively the same as any final version that was actually sent. For the period after September 1, 2005, it is my understanding that paper files contain final versions of correspondence and subpoenas, and it would be necessary to compare the correspondence and subpoenas from the paper files to what is on the J drive to determine what documents on the J drive are substantively the same as any final version.

5. The attorneys working on the Pequot investigation after Aguirre's termination did not have a practice of consistently deleting any correspondence or subpoenas that were not identical to the final correspondence and subpoenas.

6. I have reviewed the J drive, and it currently contains several documents that appear to be drafts because they do not have dates or have blank spaces.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2007 in Washington, D.C.

_____
Robert Hanson