UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE<br><br>Plaintiff,<br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | Case No. 1:02-cv-1260-ESH |

## DECLARATION OF MATTHEW SHIMKUS

I, Matthew Shimkus, declare as follows:

1. I am a Senior Advisor in the Office of Legislative and Intergovernmental Affairs of the Securities and Exchange Commission ("Commission"). I have been employed in this capacity with the Commission since approximately December 2001. From August 2006 until January 2007, I assisted in providing to the Senate Committee on Finance, the Senate Committee on the Judiciary and the Senate Committee on Banking, Housing, and Urban Affairs certain documents requested from the Commission relating to the Pequot investigation and the termination of Gary Aguirre's employment.

2. I have reviewed the cover letters provided with each set of documents that the Office of Legislative and Intergovernmental Affairs provided to the Committees. Each letter contains the following language or substantially similar language:

> We understand that, absent extraordinary circumstances, it is not the practice of Congressional committees to make public disclosure of sensitive, nonpublic material without prior consultation with the responsible agency. Because the records we are providing include such sensitive, nonpublic information, we respectfully request that the Committees on Finance, the Judiciary, and Banking, Housing and Urban

Affairs, and any subcommittees that have access to the documents, follow that practice in this instance. Certain documents that we are providing to you concern or relate to an ongoing law enforcement investigation, and public disclosure of those documents could harm the investigation, reveal Commission investigative techniques, and/or harm the privacy interests or reputations of individuals and entities whose conduct is being investigated or who provided information in the course of the investigation but who may not have violated any laws.

3. The Committees requested information from the Commission about what information should be withheld from the public before they issued the official hearing record for the December 5, 2006, hearing of the Committee on the Judiciary.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2007 in Washington, D.C.

_____
Matthew Shimkus