UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-01260-ESH<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING THE MOTION OF THE SECURITIES AND
EXCHANGE COMMISSION TO DISMISS AND FOR SUMMARY JUDGMENT**

　　　This matter having come before the Court on the motion of the United States Securities and Exchange Commission ("Commission") for summary judgment, the Court finds that the Commission properly withheld the documents sought by plaintiff's Freedom of Information Act and Privacy Act requests. Upon consideration of this motion, as well as the plaintiff's opposition and cross-motion for summary judgment, this Court is of the opinion that the Motion of the United States Securities and Exchange Commission should be granted.

　　　ORDERED that the United States Securities and Exchange Commission's Motion for Summary Judgment is hereby GRANTED. It is further

　　　ORDERED that the plaintiff's cross-motion for summary judgment is hereby DENIED.


Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Ellen S. Huvelle

**SERVICE LIST**

Melinda Hardy
Noelle Frangipane
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-9612
Email: hardym@sec.gov

Scott Allan Hodes
P.O. Box 42002
Washington, DC 20015
Email: infoprivacylaw@yahoo.com


Gary J. Aguirre
402 West Broadway
Suite 400
San Diego, CA 92101