UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gary Aguirre, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1260 (ESH) |
| | ) | |
| Securities and Exchange | ) | |
| Commission, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S  UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT

Plaintiff, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. Defendant, through counsel, has indicated that Defendant does not oppose this motion.

Plaintiff seeks to extend the deadline for his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, until November 30, 2007.  Defendant's Opposition and Reply would then be due January 14, 2007, with Plaintiff's Reply due February 8, 2007. This proposed briefing schedule is reflected in the proposed Order attached hereto.

This is Plaintiff's fourth request for an extension of time in the instant action. Good cause exists to grant Plaintiff's request for an extension of time.  In the winter of 2007, Plaintiff underwent surgery for a spinal problem.  However, his condition has recently worsened, and he has been ordered to undergo "dedicated therapy for spinal

stenosis over other duties or functions" by his treating physician.  Note of Dr. William L. Tontz, Jr. dated October 8, 2007 (attached herein as Exhibit A).

Plaintiff's assistance with the prosecution of his case is necessary as he is co-counsel and the anticipated declarant in this matter.  Plaintiff anticipates his recovery to proceed in the next few weeks to the point that he can put much more effort into assisting with his legal case.

Wherefore, Plaintiff seeks an enlargement of time in this action up to and including November 30, 2007.  A proposed Order is attached hereto.

Respectfully Submitted,


_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502

_____/s/_____
Gary J. Aguirre, CA Bar#38927
402 West Broadway, Suite 400
San Diego, CA  92101
619-595-3197

Attorneys for Plaintiff