UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

The Court having considered plaintiff's unopposed motion to for an extension of time, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further

ORDERED that plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due November 30, 2007.  Defendant's Opposition and Reply is due January 14, 2007.  Plaintiff's Reply is due February 8, 2007.

DATED_____          _____
                                ELLEN S. HUVELLE
                                UNITED STATES DISTRICT JUDGE

.