**WILLIAM L. TONTZ, JR., M.D.**
SPINE SURGERY AND ORTHOPAEDIC SURGERY
4060 FOURTH AVENUE, SUITE 700
SAN DIEGO, CA 92103
DEA# BT6756677 CA LIC# A69746
PH: (619) 299-8500 FAX: (619) 299-1948

1071

Patient Name: Gary Aguirre
Lot # 0607-873707

1) Patient requires
2) dedicated therapy for significant spinal stenosis
3) over other duties or functions

DATE 10/8/07

Aguirre v. SEC, Civil No. 06-1260 (ESH)

Exhibit A