UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT**

Plaintiff, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. Defendant, through counsel, has indicated that Defendant does not oppose this motion.

Plaintiff seeks to extend the deadline for his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, until December 4, 2007.

This is Plaintiff's fifth request for an extension of time in the instant action. Good cause exists to grant Plaintiff's request for an extension of time. Plaintiff is in the process of completing his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment that is currently scheduled to be filed on November 30, 2007. However, at approximately 5:30 pm on November 30, 2007, the SEC sent plaintiff (via e-mail) a follow up letter answering questions he had previously raised to the SEC and attached various documents. The information provided by the SEC requires plaintiff

to verify Defendant's statements and revise his nearly completed brief and supporting papers, which may result in plaintiff further narrowing the scope of the issues for the Court to resolve.

Wherefore, Plaintiff seeks an enlargement of time in this action up to and including December 4, 2007. A proposed Order is attached hereto.

Dated: Nov. 30, 2007                              Respectfully Submitted,


_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

_____/s/_____
Gary J. Aguirre, CA Bar#38927
402 West Broadway, Suite 400
San Diego, CA 92101
619-595-3197

Attorneys for Plaintiff