UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre,    Plaintiff, v. Securities and Exchange Commission,    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 06-1260 (ESH) |

## **ORDER**

The Court having considered plaintiff's unopposed motion to for an extension of time, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further

ORDERED that plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due December 4, 2007.

DATED_____         _____
                                                                ELLEN S. HUVELLE
                                                                UNITED STATES DISTRICT JUDGE

.