## Gary Aguirre

**From:** Gary Aguirre [gjaguirre@cs.com]
**Sent:** Tuesday, September 20, 2005 11:42 AM
**To:** 'smithd@sec.gov'
**Subject:** EPF File

Ms. Smith:

I came to the Virginia office today to review my personnel file but found that it did not include my evaluations. Derek Childress told me that there was another file maintained by the Division of Enforcement, an EPF file. Would it be possible for me to review that file today, since I will be in the building? I am meeting now with the EEO and would like to provide them with the relevant information.

Thank you for your assistance,

Gary Aguirre