# Gary Aguirre

| | |
|---|---|
| From: | GJAguirre@cs.com |
| Sent: | Tuesday, September 27, 2005 10:32 AM |
| To: | staigerc@sec.gov |
| Cc: | childressd@sec.gov; smithd@sec.gov; clampittm@sec.gov |
| Subject: | Obtaining my complete personnel files |

Mr. Staiger:

Last week, I requested and obtained my personnel files from Human Resources by contacting Derek Childress and from the Division of Enforcement by contacting Darcel Smith. As you have discussed with Michael Clampitt, those files were incomplete. In particular, they did not include the following documents:

1) my Performance Plan and Evaluation for November or December 2004, which I signed;

2) my Performance Plan and Evaluation for May or June 2005, which I signed;

3) the Contributions of Gary Aguirre to Staff Investigations and Litigation, which I prepared;

4) supervisor's (Branch Chief, Assistant Director's and Associate Director's) and other's comments regarding my Contributions to Staff Investigations and Litigation;

I am also concerned that other documents were not included in the files.

Would you kindly advise me when I might obtain copies of the above documents and any other documents that should have been included in my personnel files? Since I am now providing information to an EEO counselor, I would like to obtain the above information as soon as possible.

Your help is appreciated.

Gary