## Gary Aguirre

| | |
|---|---|
| **From:** | GJAguirre@cs.com |
| **Sent:** | Tuesday, October 04, 2005 8:42 AM |
| **To:** | staigerc@sec.gov |
| **Cc:** | clampittm@sec.gov |
| **Subject:** | Fwd: Obtaining my complete personnel files |
| **Attachments:** | Obtaining my complete personnel files (2.68 KB) |

Mr. Staiger:

As you will recall, I requested and obtained my personnel files from Derek Childress of Human Resources and Darcell Smith of the Division of Enforcement. I later learned that documents were missing from both files, including those specified in my e-mail of September 27, 2005, to you, which is pasted below. As you will recall, my union representative, Michael Clampitt, contacted you to request these documents. He informed me ten days ago that you were in the process of obtaining the specified documents from Susan Markel, the Chairperson of the Evaluation Committee. When I did not hear back from you, I contacted Ms. Markel who informed me today that the specified documents had already been returned to you.

Accordingly, I assume that copies of the documents specified in my September 27 email can now be made available to me. Additionally, I have reason to believe that other documents in my personnel file may not have been produced, e.g., the evaluation forms prepared by the staff who interviewed me before I was hired. I am therefore requesting the opportunity to review my complete personnel file maintained by the Division of Enforcement. Would you kindly advise me 1) when I may pickup the documents specified in my September 27 email and 2) when I may review my Enforcement personnel file.

Alternatively, I authorize Michael Clampitt to pickup the specified dowments as well as a complete copy of my personnel file.

Your assistance is appreciated.

Gary Aguirre