**Gary Aguirre**

**Subject:** FW: From Staiger, Oct 6, 05

Subj: **RE: Obtaining my complete personnel files**
Date: 10/6/2005 4:09:16 PM Eastern Daylight Time
From: StaigerC@SEC.GOV
To: GJAguirre@cs.com
*Received from Internet: click here for more information*

Gary,

Sorry for the delay as I have been out of the office unexpectedly. I mailed to you today the only other items that would be included in your Employee Personnel File ("EPF"). They include:

Your performance plan and evaluation
Your contribution statement
Hanson's summary
Kreitman's summary

Darcel Smith already gave you your EPF that is maintained by the Division. The above documents are the only other items that would have been filed in the EPF.

Chuck