Memorandum

October 5, 2005

To:     Gary Aguirre 2005 Supervisory Summary File

From:   [            ]

The attached supervisory summary from Mark Kreitman mistakenly did not go to the compensation committee. It is being made available to Gary as Berger/Kreitman have requested it be part of the record.

AGUIRRE 000280