Supplemental Evaluations:

Aguirre: Gary works very hard, puts in long hours, and is dedicated to his work. But he is resistant to supervision and insufficiently cognizant of institutional protocol and possible programmatic impact of his investigative methods. For example, though he feels competent to manage the Pequot investigation on his own, certain subpoenas he prepared required revision, inter alia, to avoid violating privacy statutes and he has, by failing to consult with his branch chief, inaccurately stated Commission policy in communication with defense counsel. His manner has, on more than a few occasions, drawn complaints from opposing counsel which, though not in itself an indication of inappropriate conduct, raises a question because of their frequency and consistency. Other staff attorneys find it difficult to work with him; his desire to maintain complete control of his single investigation seems to preclude full and open sharing of his legal analyses. He has difficulty explaining the significance of evidence his investigation uncovered in linear fashion and expresses resentment at what he inaccurately perceives as attempts by his supervisors to thwart his success.

███████ puts in long hours, takes advantage of expertise available throughout the Commission, and develops creative investigative models. He occasionally has difficulty, however, working within a structured organizational framework and fails adequately to consult his supervisors with respect to tactical and strategic decisions. For example, he has dispatched subpoenas without first clearing them with his branch chief, and taken legal positions without full consideration of conflicting decisions.