

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
OPERATIONS CENTER
6432 GENERAL GREEN WAY
ALEXANDRIA, VA 22312-2413

OFFICE OF FILINGS AND
INFORMATION SERVICES

Mail Stop O-5                                            January 4, 2006

Gary J. Aguirre
1528 Corcoran Street, NW
Washington, DC  20009

      RE:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
            Request No. **06-00014-FOPA**

Dear Mr. Aguirre:

    This letter partially responds to your request dated December 27, 2005, and received in this office on December 28, 2005, for certain records during 2003 through 2005 listed as Items 1-27. On January 3, 2006, we received a revised FOIA request dated December 30, 2005, in which you modified Item 4 and added Items 28 and 29.

    Regarding Item 28 of your request, we have identified one FOIA request received during 2005. A copy of the releaseable document is enclosed. Further, we are consulting with Commission staff regarding the remaining items of your request and will advise you of our findings as soon as possible.

    If you have any questions in the interim, please call me at (202) 551-8322.

                                            Sincerely,

                                            Teresa D. Simpson
                                            FOIA/Privacy Act Research Specialist

Enclosure