# Gary Aguirre

| | |
|---|---|
| From: | Gary Aguirre [gjaguirre@cs.com] |
| Sent: | Thursday, April 27, 2006 6:18 AM |
| To: | 'Simpson, Teresa' |
| Cc: | CartwrightR@sec.gov; humesr@sec.gov; frangipanen@sec.gov |
| Subject: | RE: Repsonse |

Dear Ms. Simpson:

This e-mail replies to your letter of April 24, 2006, which in turn replied to my e-mail of April 11.

My April 11 e-mail requested that the SEC FOIA/Privacy Act Office, Human Resources Office, or the Division of Enforcement provide me with the physical location of the federal records office where my personnel files are currently being stored. As stated in the email, Commission staff had previously informed that my personnel records had been transferred into storage, but the Federal Records Center has informed me that it possesses no such records.

Your statement that the SEC does not have my EPF file, your refusal to disclose its current location, and that statement of the Federal Records Center that it has no files relating to my employment with the SEC collectively suggest a disturbing conclusion: my EPF file has been destroyed.

When I learned in October of 2005 that a phony record had been added to my EPF file, I sent a letter to Chairman Cox requesting that he take appropriate steps to preserve the integrity of my personnel records as I expected that other federal agencies would be seeking those records. Apparently, that was not done.

I understand that you are taking instructions from the office of General Counsel. By this e-mail, I request that Mr. Cartwright instruct you to provide me with the information requested in my letter of April 11, 2006, i.e., the physical location of my personnel files.

Incidentally, my letter of April 11, 2006 clearly did not request that you produce any records. That was the subject of my December 30, 2005, request pursuant to the Privacy Act and FOIA. That request would also include any records relating to the transfer of my personnel files.

Sincerely,

Gary Aguirre