Borostovik, Linda

**From:** Borostovik, Linda
**Sent:** Thursday, October 06, 2005 11:26 AM
**To:** Staiger, Charles
**Cc:** Cunningham, David
**Subject:** RE: Gary's Evaluation

Chuck –

I discussed this with Dave Cunningham and it is fine to give Gary his own contribution statement, and his supervisor's statement, including the statement below. I suggest that you print the message from Kreitman and note something to the effect that although it mistakenly did not go to the compensation committee, you are giving it to Gary as Berger/Kreitman have requested it be part of the record.

Please let me know if you have any questions.

Thanks
Linda

-----Original Message-----
From: Staiger, Charles
Sent: Thursday, October 06, 2005 10:32 AM
To: Borostovik, Linda
Subject: FW: Gary's Evaluation

-----Original Message-----
From: Kreitman, Mark J.
Sent: Friday, September 30, 2005 6:02 PM
To: Staiger, Charles
Subject: Re: Gary's Evaluation

None of the above
Sent from BlackBerry Wireless Handheld.

-----Original Message-----
From: Staiger, Charles
To: Kreitman, Mark J.
CC: Berger, Paul          ; Borostovik, Linda
Sent: Fri Sep 30 16:17:20 2005
Subject: RE: Gary's Evaluation

Mark,

I spoke with Linda Borostovik and she needs some clarification for her supervisors. During the merit process earlier in the summer, was Gary given a copy of Hanson's supervisory endorsement? If not in writing, was Gary verbally given Hanson's supervisory endorsement? Was the endorsement below given to Gary either verbally or in writing?

Chuck

From: Kreitman, Mark J.
Sent: Monday, September 26, 2005 5:32 PM
To: Staiger, Charles
Cc: Berger, Paul
Subject: Gary's Evaluation

Chuck –

SEC 000598