# OFFICE OF THE CHAIRMAN
## Correspondence Tracking Sheet

**Date Assigned:** 09/07/2005  
**Date Of Corres:** 09/02/2005  
**Due Date:**  
**Assigned To:** [        ]  
**Action Required:** For Your Information  
**Correspondent:** GARY J AGUIRRE  
**Affiliation:** ENF - SENIOR COUNSEL  
**Constituent:**  
**Subject:** IN THE MATTER OF TRADING IN CERTAIN SECURITIES: HO-9818  
**Special Instructions:** REASSIGNED FROM ES TO INSPECTOR GENERAL  
**Copies To:** [      ] [      ] Thomsen  

**Control #:** ES113595  
**Master #:** 735448  
**Contact Type:** FAX  

---

COMPLETE THIS SECTION AND RETURN TO THE EXECUTIVE CORRESPONDENCE UNIT,  
OFFICE OF THE CHAIRMAN, ROOM 6106, STOP 6-1

**Drafted By:**  
**Division Approval:**  
**Comments:**  

**Phone:** ( ) -  
**Date:**  

[ ] x [ ]

### CHAIRMAN'S OFFICE REVI[EW]

Handwritten notes:
- x [ ] = Chairmans [ ] Correspondence
- ([ ]/ge)
- [ ] wanted to respond.
- to: Chairman's Corresp.
- 1 or more EED cases out there.
- [ ]
- 9/6

AGUIRRE 000693