# OFFICE OF THE CHAIRMAN

## Correspondence Tracking Sheet

| | | | |
|---|---|---|---|
| Date Assigned: | 10/18/2005 | Control #: | ES114087 |
| Date Of Corres: | 10/11/2005 | Master #: | 735940 |
| Due Date: | 10/21/2005 | Contact Type: | US MAIL |
| Assigned To: | | | |

**Action Required:** Appropriate Action

**Correspondent:** GARY J AGUIRRE

**Affiliation:**

**Constituent:**

**Subject:** REQUEST FOR PRESERVATION OF DOCUMENTS

**Special Instructions:**

**Copies To:**

---

COMPLETE THIS SECTION AND RETURN TO THE EXECUTIVE CORRESPONDENCE UNIT,
OFFICE OF THE CHAIRMAN, ROOM 6106, STOP 6-1

**Drafted By:**                                  **Phone:** ( ) -

**Division Approval:**                           **Date:**

**Comments:**

---

### CHAIRMAN'S OFFICE REVIEW

**Legislative Affairs:**       **Date:**       **Returned:**

**Comments:**

**Chairman's Office:**        **Date:**       **Returned:**

**Comments:**

AGUIRRE 000679