**From:** Gary Aguirre [mailto:gjaguirre@cs.com]
**Sent:** Wednesday, December 28, 2005 8:00 AM
**To:** 'Fuller, Brenda'
**Cc:** jacobyc@sec.gov
**Subject:** Our converstaion this morning.

Ms. Fuller:

This email confirms my understanding of your responses to my questions and comments regarding your December 2, 2005, letter. That letter was the last SEC communication in a series that began on January 26, when the SEC initially replied to my FOIA request on January 12, 2005.

First, I questioned why the SEC has failed to respond in any way to many of my requests.

Second, I questioned why the SEC was again asserting an objection based on 17 CFR 200.80(b)(5). I had previously appealed that specific issue by my letter of March 21, 2005, to the General Counsel.

I understand from our telephone conference that the General Counsel delivered to you the documents that were to be produced, made the decision which documents would be produced, decided what would be redacted, and made the decision what objections would be asserted.

I also inquired from which document had the email address been redacted as stated in your letter. You said that would be apparent from the documents. Unfortunately, I have been unable to identify that document or documents were modified in that regard. Would you kindly specify which documents had an email address redacted.

I have one final question. I received a letter from Celia Jacob, dated October 14, 2005, in which she said that my email to Charles Staiger (paated below) had been forwarded to a SEC FOIA Officer for a response. I have not heard from your office in that regard. Would you kindly advise me of the status of that request.

Sincerely,

Gary J. Aguirre