# GARY J. AGUIRRE

October 11, 2005

**Via Facsimile to 202-772-9200 and Regular Mail**

Chairman Christopher Cox
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549

Re: Request for Preservation of Documents

Dear Chairman Cox:

You may recall my letter of September 2, 2005, in which I contend the Division of Enforcement ("Enforcement") terminated my employment for unlawful reasons. Among those reasons was the fact that I objected up the chain of command about the special treatment Enforcement was giving John Mack because, as my supervisor explained to me, he has "powerful political connections."

I now have reasons to believe that senior Enforcement staff members are tampering with Commission records to justify my termination. On September 19, 2005, I obtained what Enforcement and Human Resources told me were complete copies of my personnel files. However, key documents were missing. After repeated requests, Enforcement provided additional documents to me on October 6. These documents fall into two distinct categories. First, there are those that Enforcement routinely generated in connection with the evaluation of my work, just as it does with all other staff. These include the Performance Plan and Evaluation for 2004-2005, the Performance Assessment for 2004-2005, and my Branch Chief's specific comments evaluating my work for the same period. Without exception, these documents demonstrate my work met or exceeded all Commission standards. Based on these records, the compensation committee determined my 2004-2005 work justified a two-step pay increase, which you approved.

But another putative evaluation of my work for the same time period has found its way into in my Enforcement personnel file during the past week. This one was prepared by my Assistant Director, Mark Kreitman, at the suggestion of Associate Director Paul Berger. According to Enforcement's transmittal memorandum, Mr. Kreitman's evaluation "mistakenly did not go to the compensation committee." Curiously, Mr. Kreitman's evaluation is dated September 26, 2005, three months after my Branch Chief submitted his evaluation to the compensation committee, more than a month after the compensation committee acted, more than three weeks after Enforcement fired me, and one week after I requested my personnel file. In short, it was not prepared in the ordinary course of events.

AGUIRRE 000661

The bottom line is this: since lawful grounds do not exist for my termination, senior Enforcement staff is retroactively creating fictitious ones. The fact that senior staff is willing to retroactively paper my file to justify my termination raises serious concerns regarding the integrity of my personnel files as well as all other documents relating to my work with the Commission. Put differently, if documents can retroactively be added to my personnel files, other probative documents may vanish.

I am therefore requesting that you instruct Linda Thomsen, as the Director of Enforcement, to direct Enforcement staff to preserve all memorandums, emails and other documents, as that term is used by Enforcement, relating to my employment and work with the Commission. These records will be critical for the courts and other governmental agencies to determine if Enforcement violated federal law by firing me.

Very truly yours,

Gary J. Aguirre

CC:   Paul S. Atkins
      Roel C. Campos
      Cynthia A. Glassman
      Annette L. Nazareth
      Linda Thomsen
      (By fax and Regular Mail)