**Andrews, Kelly J.**

| | |
|---|---|
| From: | Kreitman, Mark J. |
| Sent: | Monday, October 24, 2005 6:21 PM |
| To: | Andrews, Kelly J. |
| Subject: | FW: Gary's Evaluation |

---

From: Kreitman, Mark J.
Sent: Thursday, September 29, 2005 12:15 PM
To: Berger, Paul
Subject: Gary

Paul – Linda Borostovik and Juanita Hernandez advise that my written evaluation should be included in Gary's personnel form. A copy is attached. Mark



Evaluation of Gary
Aguirre.doc...