From: Kreitman, Mark J.
Sent: Thursday, September 29, 2005 12:16 PM
To: Berger, Paul
Subject: Gary

Attachments: Evaluation of Gary Aguirre.doc

Paul – [ ] and [ ] advise that my written evaluation should be included in Gary's personnel form. A copy is attached. Mark

Evaluation of Gary Aguirre.doc...

1

AGUIRRE 000157