**Figure 1**

| Date | Buy Heller or Short GE | Shares Sought | Shares Purchased | Daily Total Volume | Shares Sought as % of Daily Volume | Shares Purchased as % of Daily Volume |
|---|---|---|---|---|---|---|
| July 2 | Buy Heller | 223,700 | 118,000 | 388,900 | 57.52% | 30.34% |
| July 3 | Buy Heller | 101,100 | 77,200 | 271,800 | 37.20% | 28.40% |
| July 5 | Buy Heller | 18,100 | 10,000 | 175,400 | 10.32% | 5.70% |
| July 9 | Buy Heller | 15,000 | 15,000 | 149,000 | 10.07% | 10.07% |
| July 10 | Buy Heller | 455,300 | 110,900 | 375,600 | 121.22% | 29.53% |
| July 11 | Buy Heller | 336,500 | 91,400 | 158,200 | 212.71% | 57.77% |
| July 12 | Buy Heller | 242,300 | 101,300 | 485,100 | 49.95% | 20.88% |
| July 13 | Buy Heller | 111,900 | 50,000 | 709,900 | 15.76% | 7.04% |
| July 17 | Buy Heller | 287,500 | 187,500 | 448,300 | 64.13% | 41.82% |
| July 18 | Buy Heller | 90,100 | 50,000 | 174,600 | 51.60% | 28.64% |
| July 19 | Buy Heller | 55,600 | 30,000 | 264,700 | 21.00% | 11.33% |
| July 20 | Buy Heller | 508,100* | 75,000 | 963,700 | 52.72% | 7.78% |
| July 23 | Buy Heller | 480,400 | 60,400 | 389,800 | 123.24% | 15.50% |
| July 24 | Buy Heller | 418,500 | 38,500 | 221,600 | 188.85% | 17.37% |
| July 25 | Buy Heller | 373,300 | 73,000 | 283,600 | 131.63% | 25.74% |
| July 25 | Short GE | 766,600 | | | | |
| July 26 | Buy Heller | 302,900 | 50,000 | 416,600 | 72.71% | 12.00% |
| July 26 | Short GE | 385,200 | | | | |
| July 27 | Buy Heller | 243,900 | 10,000 | 92,700 | 263.11% | 10.79% |
| July 27 | Short GE | 385,500 | 20,000 | | | |
| July 30 | GE announces purchase of Heller Financial. | | | | | |
| July 30 | Samberg sells all holdings—1,148,200 shares—of Heller Financial. | | | | | |
| August 1 | Samberg covers his short sells of GE. | | | | | |

* Likely value. Trader notes were somewhat unclear.