**Figure 2**

Samberg's Trades in Heller in July 2001

