From: Kreitman, Mark J.
Sent: Thursday, September 01, 2005 1:21 PM
To: [ ]
Subject: RE: What I plan to say at 1:30

Thanks. [ ]
Will, of course, implement your suggestions.
Mark

---

From: [ ]
Sent: Thursday, September 01, 2005 1:20 PM
To: [ ] Kreitman, Mark J.; [ ]; Berger, Paul
Cc: Hanson, Robert; [ ]
Subject: RE: What I plan to say at 1:30

Mark,

I agree with [ ] comments and believe that the proposed remarks look appropriate.

I think you should resist getting into any further discussion of reasons although he will likely want to know more.

Also, as we discussed the other day, you should have someone with you to witness the call.

Finally, we would like to see the draft letter if Aguirre does not resign. We have also discussed in our office the possibility of including in the letter a sentence explaining why he received a two step increase but is now being terminated.

[ ]

---

From: [ ]
Sent: Thursday, September 01, 2005 12:52 PM
To: Kreitman, Mark J.; [ ] Berger, Paul
Cc: Hanson, Robert; [ ]
Subject: RE: What I plan to say at 1:30

1

AGUIRRE 00059

Mark –

1. In the first paragraph you might add the bolded language: "I have to advise you that a decision has been made to termination your employment at the Commission *during the one-year trial period...*"

2. Third paragraph: I suggest that instead of "You can avoid termination by voluntarily resigning…" that you say: *"In lieu of termination during the trial period, you may elect to resign.* If you decide to resign…"

You might mention to him that he can send an email resignation or fax it to you, given the circumstances.

Otherwise, I think it looks alright.

Thanks

[    ]

---

**From:** Kreitman, Mark J.
**Sent:** Thursday, September 01, 2005 12:44 PM
**To:** [         ] Berger, Paul
**Cc:** Hanson, Robert
**Subject:** What I plan to say at 1:30

<< File: 9-1.doc >>
Comments please.