UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 06-1260 (ESH) |
| | ) |
| Securities and Exchange Commission, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The Court having considered Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that plaintiff's cross-motion is granted and it is further hereby;

ORDERED that defendant's motion is denied.

DATED_____          _____
                                ELLEN S. HUVELLE
                                UNITED STATES DISTRICT JUDGE

.