**MEMORANDUM**

July 15, 2004

TO:     Jayne L. Seidman, Associate Executive Director
        Office of Administration and Personnel Management

FROM:   Stephen M. Cutler, Director
        Division of Enforcement

RE:     Justification for special salary rate that Gary J.
        Aguirre be hired as an attorney (Securities Industry)
        in the Enforcement Division at the SK-14, step 24 Level

The Division of Enforcement, Securities and Exchange Commission,
requests that an offer of employment be made to Mr. Gary Aguirre
to serve as an attorney within the Division as a SK-14, step 24,
at the starting salary of $125,601 per annum, as provided by
Commission Policy.

The facts to support a request above the minimum salary level are
as follows:

Mr. Aguirre has much more litigation, securities and trial
experience than the normal candidates we recruit. He has seven
years of securities fraud litigation, including three class
actions. He has obtained substantial recoveries in 95 consecutive
complex cases with a total in excess of $200 million. He was the
lead counsel in more than half of these cases and assisted his
partner on others. He has published many legal articles and
served as a presenter in a variety of civil litigation and
advocacy programs. He won appeals in seven separate cases.

Mr. Aguirre received an LLM with Distinction in October 2003
concentrating in Private Studies, Securities Regulation-
International Law from Georgetown University Law Center. He
graduated with a LLB from Boalt hall, at the University of
California, Berkeley. He graduated with a B.S. degree in
Political Science from the University of California. He is a
member of the bar in California.

Mr. Aguirre recently came out of retirement to obtain an LLM
degree and work again in the securities area. While in

retirement, Mr. Aguirre was supported by his investments. During the last three years as a partner at his firm, Aguirre & Eckmann, Mr. Aguirre received compensation of $2,330,000, $1,961,000 and $25,000. The last year's compensation was limited because the firm was dissolving and stopped business in May of that year. Thus, we propose to offer him a salary of a SK-14/24 at $125,601. The candidate's lowest acceptable pay is $125,601. A recruitment bonus will not provide sufficient incentive for the candidate to join the Commission because it will not provide sufficient on-going compensation to match his previous earning potential.

I am very impressed with Mr. Aguirre's legal experience, academic background, and his desire to join our staff. Based on the above facts, I believe that Mr. Aguirre's outstanding legal credentials merit approval, and it is my opinion that he will become a valued member of our staff within a very short time.

Thank you for your consideration

440