## Gary Aguirre

| | |
|---|---|
| **From:** | Gary Aguirre [gjaguirre@cs.com] |
| **Sent:** | Wednesday, September 21, 2005 8:16 AM |
| **To:** | 'clampittm@sec.gov' |
| **Subject:** | Getting my personnel files |

Mike:

Following up on our phone conference this morning, as I think about it, there are at least four documents that should be in my enforcement personnel file:

1) the performance plan and evaluation for November or December 2004, which I signed;
2) the performance plan and evaluation for May or June 2005, which I signed;
3) the Contributions of Gary Aguirre to Staff Investigations and Litigation, which I prepared;
4) Mark Kreitman's comments on my Contributions to Staff Investigations and Litigation;
5) Bob Hanson's comments on my Contributions to Staff Investigations and Litigation;
6) Charles Cain's comments on my Contributions to Staff Investigations and Litigation;
7) Richard Grimes' comments on my Contributions to Staff Investigations and Litigation.

Your help in obtaining these documents is appreciated.

Gary

1