# GARY J. AGUIRRE

January 24, 2005

By Registered Mail and Regular Mail

Federal Records Center
National Archives and Records Administration
111 Winnebago Street
St. Louis, Missouri 63118

Dear Madam or Sir:

By this letter, I am requesting a copy of any personnel file relating to my employment with the Securities and Exchange Commission. The identification and employment information is as follows:

    Name: Gary J Aguirre

    Social Security Number: ████████4

    Date of Birth: ████████.

    Federal Employing Agency: Securities and Exchange Commission

    Address of Agency: 100 F Street, N.E., Washington, DC 20037

    Dates of Employment: September 6, 2004, through September 2, 2005.

I will of course be responsible for any costs incurred for copying and sending these documents to me.

My contact information is stated below.

Sincerely,

Gary J. Aguirre

1528 CORCORAN ST. NW • WASHINGTON, DC • 20009
PHONE: 202-232-1803 • FAX: 202-328-0562