From: [ ]
Sent: Thursday, October 06, 2005 11:26 AM
To: [ ]
Cc:
Subject: RE: Gary's Evaluation

[ ]

I discussed this with [ ] and it is fine to give Gary his own contribution statement, and his supervisor's statement, including the statement below. I suggest that you print the message from Kreitman and note something to the effect that although it mistakenly did not go to the compensation committee, you are giving it to Gary as Berger/Kreitman have requested it be part of the record.

Please let me know if you have any questions.

Thanks

[ ]

-----Original Message-----
From: [ ]
Sent: Thursday, October 06, 2005 10:32 AM
To: [ ]
Subject: FW: Gary's Evaluation

-----Original Message-----
From: Kreitman, Mark J.
Sent: Friday, September 30, 2005 6:02 PM
To: [ ]
Subject: Re: Gary's Evaluation

None of the above
Sent from BlackBerry Wireless Handheld.

-----Original Message-----
From: [ ]
To: Kreitman, Mark J.
CC: Berger, Paul [ ]
Sent: Fri Sep 30 16:17:20 2005
Subject: RE: Gary's Evaluation

Mark,

I spoke with [ ] and she needs some clarification for her supervisors. During the merit process earlier in the summer, was Gary given a copy of Hanson's supervisory endorsement? If not in writing, was Gary verbally given Hanson's supervisory endorsement? Was the endorsement below given to Gary either verbally or in writing?

[ ]

From: Kreitman, Mark J.
Sent: Monday, September 26, 2005 5:32 PM
To: [ ]
Cc: Berger, Paul
Subject: Gary's Evaluation

[ ]

-1-

AGUIRRE 000189