# OFFICE OF THE CHAIRMAN
## Correspondence Tracking Sheet

| | | | |
|---|---|---|---|
| Date Assigned: | 09/07/2005 | Control #: | ES113595 |
| Date Of Corres: | 09/02/2005 | Master #: | 735448 |
| Due Date: | | Contact Type: | FAX |
| Assigned To: | [         ] | | |
| Action Required: | For Your Information | | |
| Correspondent: | GARY J AGUIRRE | | |
| Affiliation: | ENF - SENIOR COUNSEL | | |
| Constituent: | | | |
| Subject: | IN THE MATTER OF TRADING IN CERTAIN SECURITIES: HO-9818 | | |
| Special Instructions: | REASSIGNED FROM ES TO INSPECTOR GENERAL | | |
| Copies To: | [       ] [       ] Thomsen | | |

COMPLETE THIS SECTION AND RETURN TO THE EXECUTIVE CORRESPONDENCE UNIT, OFFICE OF THE CHAIRMAN, ROOM 6106, STOP 6-1

| | |
|---|---|
| Drafted By: | Phone: ( ) - |
| Division Approval: | Date: |
| Comments: | |

[ ] x [ ]

CHAIRMAN'S OFFICE REVI[EW]

Handwritten notes:
x [ ] = Chairman's
[ ] Correspondence
([ ]/ge)
[ ] wanted to respond.
o/6
to: Chairman's Corresp.

1 or more
EED cases out
there.
[ ]

AGUIRRE 000693