**Andrews, Kelly J.**

From: Kreitman, Mark J.
Sent: Monday, October 24, 2005 6:21 PM
To: Andrews, Kelly J.
Subject: FW: Gary's Evaluation

---

From: Kreitman, Mark J.
Sent: Thursday, September 29, 2005 12:15 PM
To: Berger, Paul
Subject: Gary

Paul – Linda Borostovik and Juanita Hernandez advise that my written evaluation should be included in Gary's personnel form. A copy is attached. Mark



Evaluation of Gary Aguirre.doc...