| | |
|---|---|
| From: | Kreitman, Mark J. |
| Sent: | Thursday, September 29, 2005 12:16 PM |
| To: | Berger, Paul |
| Subject: | Gary |
| Attachments: | Evaluation of Gary Aguirre.doc |

Paul – [ } and [ ] advise that my written evaluation should be included in Gary's personnel form. A copy is attached. Mark

Evaluation of Gary Aguirre.doc...

AGUIRRE 000157