**From:** Kreitman, Mark J.
**Sent:** Thursday, September 01, 2005 1:21 PM
**To:** Hardy, Melinda
**Subject:** RE: What I plan to say at 1:30

Thanks, Lindy.
Will, of course, implement your suggestions.
Mark

> **From:** Hardy, Melinda
> **Sent:** Thursday, September 01, 2005 1:20 PM
> **To:** Borostovik, Linda; Kreitman, Mark J.; Staiger, Charles; Berger, Paul
> **Cc:** Hanson, Robert; Cunningham, David
> **Subject:** RE: What I plan to say at 1:30
>
> Mark,
>
> I agree with Linda's comments and believe that the proposed remarks look appropriate.
>
> I think you should resist getting into any further discussion of reasons although he will likely want to know more.
>
> Also, as we discussed the other day, you should have someone with you to witness the call.
>
> Finally, we would like to see the draft letter if Aguirre does not resign. We have also discussed in our office the possibility of including in the letter a sentence explaining why he received a two step increase but is now being terminated.
>
> Lindy

**From:** Borostovik, Linda
**Sent:** Thursday, September 01, 2005 12:52 PM
**To:** Kreitman, Mark J.; Hardy, Melinda; Staiger, Charles; Berger, Paul
**Cc:** Hanson, Robert; Cunningham, David
**Subject:** RE: What I plan to say at 1:30



SEC 0001291

Mark –

1. In the first paragraph you might add the bolded language: "I have to advise you that a decision has been made to termination your employment at the Commission *during the one-year trial period*...."

2. Third paragraph: I suggest that instead of "You can avoid termination by voluntarily resigning..." that you say: *"In lieu of termination during the trial period, you may elect to resign. If you decide to resign..."*

You might mention to him that he can send an email resignation or fax it to you, given the circumstances.

Otherwise, I think it looks alright.

Thanks
Linda

---

**From:** Kreitman, Mark J.
**Sent:** Thursday, September 01, 2005 12:44 PM
**To:** Borostovik, Linda; Hardy, Melinda; Staiger, Charles; Berger, Paul
**Cc:** Hanson, Robert
**Subject:** What I plan to say at 1:30

<< File: 9-1.doc >>
Comments please.

SEC 0001292