UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Securities and Exchange )<br>Commission, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 06-1260 (ESH) |

## **ORDER**

The Court having considered Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that plaintiff's cross-motion is granted and it is further hereby;

ORDERED that defendant's motion is denied.

DATED_____        _____
                              ELLEN S. HUVELLE
                              UNITED STATES DISTRICT JUDGE

.