UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  06-1260 (ESH) |
| ) | |
| Securities and Exchange Commission, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## **ERRATA**

Attached is Exhibit 19 which was accidentally omitted from the electronic filing of Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, docketed as docket number 29, on December 4, 2007.

December 5, 2007                                    Respectfully Submitted,


                                             _____/s/_____
                                             Scott A. Hodes, D.C. Bar #430375
                                             P.O. Box 42002
                                             Washington, D.C.  20015
                                             301-404-0502


                                           _____/s/_____
                                             Gary J. Aguirre, CA Bar#38927
                                             402 West Broadway, Suite 400
                                             San Diego, CA  92101
                                             619-595-3197

                                             Attorneys for Plaintiff