UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ERRATA**

On December 4, 2007, attorney for Plaintiff, Scott A. Hodes, electronically filed Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. However, in doing so, Mr. Hodes erroneously filed a draft Plaintiff's Response to Defendant's Statement of Material Facts Not in Genuine Dispute rather than the final version. Mr. Hodes apologizes for this mistake.

Plaintiff is re-filing his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment ("Cross-Motion"), docketed as docket numbers 29 and 30, on December 4, 2007, with the correct version of the Plaintiff's Response to Defendant's Statement of Material Facts Not in Genuine Dispute. For simplicity sake, Plaintiff is filing the entire package of documents associated with his Cross-Motion. The Plaintiff's Response to Defendant's Statement of Material Facts Not in Genuine Dispute is the only document that differs from the December 4 filings. The changes on the document have put it in a more concise form from the previously filed draft.

December 6, 2007                    Respectfully Submitted,


_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502


_____/s/_____
Gary J. Aguirre, CA Bar#38927
402 West Broadway, Suite 400
San Diego, CA 92101
619-595-3197

Attorneys for Plaintiff

2