UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange Commission, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff, Gary J. Aguirre, cross-moves for summary judgment and opposes Defendant Securities and Exchange Commission's ("SEC") motion for summary judgment. In support of his cross-motion for summary judgment and opposition to the SEC's motion for summary judgment, Plaintiff is simultaneously filing its Memorandum in Support of Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, a Response to Defendant's Statement of Material Facts, and a proposed Order.

December 4, 2007                     Respectfully Submitted,

                                     _____/s/_____
                                     Scott A. Hodes, D.C. Bar #430375
                                     P.O. Box 42002
                                     Washington, D.C. 20015
                                     301-404-0502

                                     _____/s/_____
                                     Gary J. Aguirre, CA Bar#38927
                                     402 West Broadway, Suite 400
                                     San Diego, CA 92101
                                     619-595-3197

                                     Attorneys for Plaintiff

1