| | |
|---|---|
| **From:** | Gary Aguirre [gjaguirre@cs.com] |
| **Sent:** | Tuesday, April 11, 2006 8:30 AM |
| **To:** | 'Simpson, Teresa'; StaigerC@SEC.GOV; Childressd@SEC.GOV |
| **Subject:** | RE: Location of my personnel files |
| | |
| **Categories:** | Red Category |

Dear Ms. Simpson, Mr. Staiger, and Mr. Childress:

I am requesting that you provide me with the current location of my EPF file maintained by the Division of Enforcement as well as my personnel file maintained by Human Resources. I was previously informed that some of my records were sent to the Federal Records, but its staff has informed me that it has no records of my employment with the SEC.

Accordingly, would you kindly advise me whether the SEC has copies or the originals of those files? If so, which files? Has either my EPF or any other personnel file been sent to another facility for storage? If so, which files? Which facility? Which location?

Sincerely,


Gary Aguirre