

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
OPERATIONS CENTER
6432 GENERAL GREEN WAY
ALEXANDRIA, VA 22312-2413

OFFICE OF FILINGS AND
INFORMATION SERVICES

Mail Stop O-5　　　　　　　　　　　　　April 24, 2006

Gary J. Aguirre
1528 Corcoran Street, NW
Washington, DC  20009

RE:　Freedom of Information Act (FOIA), 5 U.S.C. § 552
　　　Request No. **06-04533-FOIA/PA**

Dear Mr. Aguirre:

　　Final reference is made to your April 11, 2006 request in which you were seeking copies of your EPF file and your personnel file.

　　Enclosed please find a copy of your official personnel file. With regard to your EPF file, Commission staff has advised that you have been provided with the original EPF file, and that the Division of Enforcement does not maintain a copy, nor does any other Commission office.  Further, we identified a Performance Plan and Evaluation Form dated June 1, 2005 (two pages) that may not have been provided to you at the time you received your EPF file, a copy of which is enclosed.

　　To the extent that your request sought responses to various questions, the FOIA only provides a right to obtain access to federal agency records, except to the extent that such records (or portions) of them are protected from public disclosure by one of its nine exemptions.  Thus, we cannot answer the questions you posed in your April 11, 2006 communication.

　　If you have any questions, please call me at (202) 551-8322.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Teresa D. Simpson
　　　　　　　　　　　　　　　　　Lead Research Specialist
　　　　　　　　　　　　　　　　　FOIA/Privacy Act Office

Enclosures

bcc:  Noelle Frangipane, Staff Attorney
Office of General Counsel