# OFFICE OF THE CHAIRMAN
## Correspondence Tracking Sheet

**Date Assigned:** 09/07/2005  **Control #:** ES113595
**Date Of Corres:** 09/02/2005  **Master #:** 735448
**Due Date:**  **Contact Type:** FAX
**Assigned To:** [      ]
**Action Required:** For Your Information
**Correspondent:** GARY J AGUIRRE
**Affiliation:** ENF - SENIOR COUNSEL
**Constituent:**
**Subject:** IN THE MATTER OF TRADING IN CERTAIN SECURITIES: HO-9818
**Special Instructions:** REASSIGNED FROM ES TO INSPECTOR GENERAL
**Copies To:** [    ] [    ] Thomsen

---

COMPLETE THIS SECTION AND RETURN TO THE EXECUTIVE CORRESPONDENCE UNIT,
OFFICE OF THE CHAIRMAN, ROOM 6106, STOP 6-1

**Drafted By:**  **Phone:** ( ) -
**Division Approval:**  **Date:**
**Comments:**

[ ] x [ ]

CHAIRMAN'S OFFICE REVI

x [   ] = Chairmans
            Correspondence
    ( [ ]/ge )
    [     ] wanted to respond.

1 or more
EED cases out
there.
[   ]

o/6
to: Chairman's Corresp.

AGUIRRE 000693