[ ] 

From: [ ]
Sent: Wednesday, October 05, 2005 2:00 PM
To: [ ]
Subject: G. Aguirre

[ ]

On or around September 22, 2005, Gary Aguirre called me to request that I meet him in the lobby at Station Place to give him his EPF folder that was kept in the Division of Enforcement. The contents of the folder included his initial job application and the personnel actions (excepted appointment – 9/7/04, reassignment to a different organization within the Division, and pay adjustments – monetary increases). The performance rating was not included because it had not been returned to the Administrative Office due to the recent processing.

[ ]

U.S. Securities and Exchange Commission
Division of Enforcement

[ ]

7/18/2006                                                                                                  AGUIRRE 000177