**Andrews, Kelly J.**

**From:** Kreitman, Mark J.
**Sent:** Monday, October 24, 2005 6:21 PM
**To:** Andrews, Kelly J.
**Subject:** FW: Gary's Evaluation

---

**From:** Kreitman, Mark J.
**Sent:** Thursday, September 29, 2005 12:15 PM
**To:** Berger, Paul
**Subject:** Gary

Paul – Linda Borostovik and Juanita Hernandez advise that my written evaluation should be included in Gary's personnel form. A copy is attached. Mark



Evaluation of Gary
Aguirre.doc...