**Samberg's Trades in Heller in July 2001**



48