UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Securities and Exchange Commission, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No.: 06-1260 (ESH) |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBIT 15 FILED IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Gary Aguirre moves this Court pursuant to Local Civil Rule 5.1(j)(1) for an Order that Exhibit 15 filed in support of Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment be sealed. Defendant Securities and Exchange Commission does not object to this motion.

Exhibit 15 is a letter to the National Records Center from plaintiff seeking his personnel file. The letter contains both plaintiff's social security number and birth date. On January 10, 2008, plaintiff was notified by defendant that this exhibit contained the previously described personal information.

This document was filed electronically on three occasions. On December 4, 2007 it was filed as Exhibit 15 in support of Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment (Electronic Case File ("ECF") document 29-19 and

ECF document 30-19)[1] and on December 6, 2007 as Exhibit 15 in the Errata filing (ECF document 32-22).

    Thus, Plaintiff respectfully moves this Court for an order that the clerk's office place Exhibit 15 (ECF Documents 29-19, 30-19 and 32-22) under seal for purposes of this proceeding.

January 11, 2008                                      Respectfully Submitted,

                                                         _____/s/_____
                                                         Scott A. Hodes, D.C. Bar #430375
                                                         P.O. Box 42002
                                                         Washington, D.C. 20015
                                                         301-404-0502

                                                         _____/s/_____
                                                         Gary J. Aguirre, CA Bar#38927
                                                         402 West Broadway, Suite 400
                                                         San Diego, CA 92101
                                                         619-595-3197

                                                         Attorneys for Plaintiff

---

[1] Pursuant to the Court Website's ECF instructions, this document was filed twice on December 4, 2007, once as a motion for summary judgment and once as an opposition to defendant's motion for summary judgment.