UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

The Court having considered plaintiff's unopposed motion to seal exhibit 15 filed in support of his motion for summary judgment and opposition to defendant's cross-motion for summary judgment, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further

ORDERED that the clerk's office place Exhibit 15, filed as Electronic Case File Documents 29-19, 30-19 and 32-22, under seal for the purposes of this proceeding.

DATED_____          _____
                                ELLEN S. HUVELLE
                                UNITED STATES DISTRICT JUDGE

.