UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE<br><br>Plaintiff,<br>v.<br><br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>Defendant. | Case No. 1:06-cv-1260-ESH |

### DECLARATION OF BRENDA FULLER

I, Brenda Fuller, declare as follows:

1. I am a Branch Chief in the Freedom of Information (FOIA)/Privacy Act Office of the Securities and Exchange Commission ("Commission"). I work in the Commission's Washington, D.C. headquarters office. I have been employed in this capacity at all times relevant to the matters addressed herein. My responsibilities include providing advice to FOIA staff and Commission staff regarding the FOIA and Privacy Act and supervision of the collection and review of documents responsive to FOIA requests.

2. I am familiar with the procedures followed in responding to Gary Aguirre's December 30, 2005 FOIA request.

3. To respond to items seven through twelve of Aguirre's request, the Commission's FOIA Office sent memoranda to FOIA liaisons in the Divisions and Offices of the Commission who could have responsive documents. Those liaisons contacted the relevant staff and instructed them to review their work files (both electronic and paper) to determine if they had responsive documents. The FOIA Office staff followed standard procedures in the search for documents

responsive to plaintiff's request.

4. In this case, the following offices were queried for documents: the Office of the General Counsel, the Office of the Chairman, the Office of Human Resources, the Division of Enforcement, the Office of Equal Employment Opportunity, and the Office of the Inspector General. The referral memoranda that went to each of these offices are attached hereto as Exhibit A.

5. Each of those offices provided documents responsive to plaintiff's request, which were processed by the FOIA Office for release to the plaintiff.

6. On the pages bates stamped numbers SEC 02340-02342, the FOIA Office redacted the witness's response to a question concerning his personal investments and to follow-up questions on the grounds that an individual has a privacy interest in personal financial information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2008 in Washington, D.C.

_____
Brenda Fuller

# Exhibit A

**URGENT          URGENT          URGENT          URGENT          URGENT**

# FOIA REQUEST REFERRAL

| | |
|---|---|
| **DATE:** | January 4, 2006 |
| **TO:** | Celia Jacoby, Senior Counsel<br>Noelle Frangipane, Staff Attorney<br>Office of General Counsel |
| **FROM:** | Teresa Simpson, Research Specialist<br>FOIA/PA Office (202) 551-8322 |
| **YOUR REPLY DUE:** | January 11, 2005 |

Please provide all documents responsive to the attached FOIA request. If you object to full disclosure of any or all documents provided, please specify in writing which records should be withheld and which FOIA exemptions should be asserted.

*Fee information: Include with your response to this referral memo, a statement as to the number of hours of research spent on this request, along with the hourly rate (or SK rating of the person(s) who processed the request.*

**Please do not hesitate to contact the FOIA Office with any questions.**

| | |
|---|---|
| **FOIA REQUEST NO:** | 06-00014-FOPA |
| **REQUESTOR:** | Gary J. Aguirre |
| **SUBJECT:** | See FOIA Request |
| **REFERRED TO:** | N/A |
| **COMMENTS:** | Please review the attached FOIA request and advise if there are any responsive records. Further, since Mr. Aguirre is in litigation with the Commission, please advise if we need to seek records from other divisions and offices. Note, I have addressed Item 28 of Mr. Aguirre's request. |

URGENT        URGENT        URGENT        URGENT        URGENT

# FOIA REQUEST REFERRAL

| | |
|---|---|
| **DATE:** | July 31, 2006 |
| **TO:** | Noelle Frangipane, Staff Attorney<br>Office of General Counsel |
| **FROM:** | *Felecia Taylor* [signature]<br>Felecia Taylor, Lead Research Specialist<br>FOIA/PA Office (202) 551-8349 |
| **YOUR REPLY DUE:** | August 07, 2006 |

**Please provide all documents responsive to the attached FOIA request. If you object to full disclosure of any or all documents provided, please specify in writing which records should be withheld and which FOIA exemptions should be asserted.**

*Fee information: Include with your response to this referral memo, a statement as to the number of hours of research spent on this request, along with the hourly rate (or SK rating of the person(s) who processed the request.*

**Please do not hesitate to contact the FOIA Office with any questions.**

| | |
|---|---|
| **FOIA REQUEST NO:** | 06-00014-FOPA |
| **REQUESTOR:** | Gary J. Aguirre |
| **SUBJECT:** | Gary J. Aguirre |
| **CASE NO.:** | |
| **REFERRED TO:** | ENF, OC, OIG, EEO and OHR |
| **COMMENTS:** | Please consult with the staff of your office, including Richard Humes and Juanita Hernandez and advise me of the volume and accessibility of ALL RECORDS responsive to the attached request. Thank you. |

**URGENT**      **URGENT**      **URGENT**      **URGENT**      **URGENT**

# FOIA REQUEST REFERRAL

| | |
|---|---|
| **DATE:** | July 31, 2006 |
| **TO:** | Josephine McElveen, Exec. Correspondence Coordinator<br>Office of the Chairman |
| **FROM:** | *Felecia Taylor* (signature)<br>Felecia Taylor, Lead Research Specialist<br>FOIA/PA Office (202) 551-8349 |
| **YOUR REPLY DUE:** | August 07, 2006 |

**Please provide all documents responsive to the attached FOIA request. If you object to full disclosure of any or all documents provided, please specify in writing which records should be withheld and which FOIA exemptions should be asserted.**

*Fee information: Include with your response to this referral memo, a statement as to the number of hours of research spent on this request, along with the hourly rate (or SK rating of the person(s) who processed the request.*

**Please do not hesitate to contact the FOIA Office with any questions.**

| | |
|---|---|
| **FOIA REQUEST NO:** | 06-00014-FOPA |
| **REQUESTOR:** | Gary J. Aguirre |
| **SUBJECT:** | EEO Complaint |
| **CASE NO.:** | |
| **REFERRED TO:** | ENF, OGC, OIG, EEO and OHR |
| **COMMENTS:** | Please consult with the staff in your Office, including all person(s) listed in item 6a of the attached FOIA request and advise me of the accessibility of ALL records responsive to items 7 through 14. Thank |

**URGENT        URGENT        URGENT        URGENT        URGENT**

you.

cc: **Anil Abraham - Room 10733 Station Place**

**URGENT**   **URGENT**   **URGENT**   **URGENT**   **URGENT**

# FOIA REQUEST REFERRAL

| | |
|---|---|
| **DATE:** | July 31, 2006 |
| **TO:** | Victor Tynes, FOIA Liaison<br>Office of Human Resources |
| **FROM:** | *Felecia Taylor* (signature)<br>Felecia Taylor, Lead Research Specialist<br>FOIA/PA Office (202) 551-8349 |
| **YOUR REPLY DUE:** | August 7, 2006 |

Please provide all documents responsive to the attached FOIA request. If you object to full disclosure of any or all documents provided, please specify in writing which records should be withheld and which FOIA exemptions should be asserted.

*Fee information: Include with your response to this referral memo, a statement as to the number of hours of research spent on this request, along with the hourly rate (or SK rating of the person(s) who processed the request.*

**Please do not hesitate to contact the FOIA Office with any questions.**

| | |
|---|---|
| **FOIA REQUEST NO:** | 06-00014-FOPA |
| **REQUESTOR:** | Gary J. Aguirre |
| **SUBJECT:** | Gary J. Aguirre |
| **CASE NO.:** | |
| **REFERRED TO:** | ENF, OC, OGC, OIG and EEO |
| **COMMENTS:** | Please consult with ALL staff and advise me of the volume and accessibility of any responsive records concerning items 7 through 12 of the attached FOIA request. Thank you. |

**URGENT          URGENT          URGENT          URGENT          URGENT**

# FOIA REFERRAL MEMO
## for
## Division of Enforcement

| | |
|---|---|
| **DATE:** | July 31, 2006 |
| **TO:** | Donald C. Chumley, Senior Counsel<br>Division of Enforcement |
| **FROM:** | *Felecia Taylor* (signature)<br>Felecia Taylor, Lead Research Specialist<br>FOIA/PA Office (202) 551-8349 |
| **YOUR REPLY DUE:** | August 07, 2006 |

Please provide all documents responsive to the attached FOIA request. If you object to full disclosure of any or all documents provided, please specify in writing which records should be withheld and which FOIA exemptions should be asserted. If you locate any documents subject to CONFIDENTIAL TREATMENT REQUESTS, please note them in your response so that we may inform the requestor.

Fee information: Include with your response to this referral memo, a statement as to the number of hours of research spent on this request, along with the hourly rate (or SK rating of the person(s) who processed the request.

| | |
|---|---|
| **FOIA REQUEST NO:** | 06-00014-FOPA |
| **REQUESTOR:** | Gary J. Aguirre |
| **SUBJECT:** | EEO Complaint |
| **CASE NO.:** | |
| **REFERRED TO:** | OC, OIG, OGC, EEO and OHR |
| **COMMENTS:** | Please consult with your Division staff, including persons listed on the attached FOIA request in items numbered 6(e),(f), (h), (k), (l), (m) and (n), Chuck Staiger, and the Enforcement Compensation Committee and advise me of the volume |

PAGE 2 – FOIA REQUEST NO. 06-00014-FOPA

       and accessibility of ALL RESPONSIVE RECORDS concerning items (7) through (12) of the attached FOIA request submitted by Gary Aquirre. Thank you.

URGENT       URGENT       URGENT       URGENT       URGENT

# FOIA REQUEST REFERRAL

| | |
|---|---|
| **DATE:** | July 31, 2006 |
| **TO:** | Fran Paver, Attorney Advisor<br>Office of Equal Employment Opportunity |
| **FROM:** | *Felecia Taylor* [signature]<br>Felecia Taylor, Lead Research Specialist<br>FOIA/PA Office (202) 551-8349 |
| **YOUR REPLY DUE:** | August 07, 2006 |

Please provide all documents responsive to the attached FOIA request. If you object to full disclosure of any or all documents provided, please specify in writing which records should be withheld and which FOIA exemptions should be asserted.

*Fee information: Include with your response to this referral memo, a statement as to the number of hours of research spent on this request, along with the hourly rate (or SK rating of the person(s) who processed the request.*

**Please do not hesitate to contact the FOIA Office with any questions.**

| | |
|---|---|
| **FOIA REQUEST NO:** | 06-00014-FOPA |
| **REQUESTOR:** | Gary J. Aguirre |
| **SUBJECT:** | Gary J. Aguirre |
| **CASE NO.:** | |
| **REFERRED TO:** | ENF, OC, OGC, OIG and EEO |
| **COMMENTS:** | Please consult with your staff and advise me of the volume and accessibility of ALL RECORDS responsive to the attached FOIA request concerning items numbered 7 through 14, 26, 27 and 29. Thank you. |

**URGENT**   **URGENT**   **URGENT**   **URGENT**   **URGENT**

# FOIA REQUEST REFERRAL

| | |
|---|---|
| **DATE:** | July 31, 2006 |
| **TO:** | Mary Beth Sullivan<br>Office of Inspector General |
| **FROM:** | *Felecia Taylor* (signature)<br>Felecia Taylor, Lead Research Specialist<br>FOIA/PA Office (202) 551-8349 |
| **YOUR REPLY DUE:** | August 07, 2006 |

Please provide all documents responsive to the attached FOIA request. If you object to full disclosure of any or all documents provided, please specify in writing which records should be withheld and which FOIA exemptions should be asserted.

*Fee information: Include with your response to this referral memo, a statement as to the number of hours of research spent on this request, along with the hourly rate (or SK rating of the person(s) who processed the request.*

Please do not hesitate to contact the FOIA Office with any questions.

| | |
|---|---|
| **FOIA REQUEST NO:** | 06-00014-FOPA |
| **REQUESTOR:** | Gary J. Aguirre |
| **SUBJECT:** | Gary J. Aguirre |
| **CASE NO.:** | |
| **REFERRED TO:** | ENF, OC, OGC, EEO and OHR |
| **COMMENTS:** | Please consult with the staff in your office and advise me of the volume and accessibility of ALL RECORDS concerning items numbered 7 through 14 of the attached request. Thank you. |