UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE,<br><br>      Plaintiff,<br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>      Defendant. | Case No. 1:06-cv-1260-ESH |

### DECLARATION OF JONATHAN W. BURKS

I, Jonathan W. Burks, declare as follows:

1. I am Director of the Office of Legislative and Intergovernmental Affairs of the Securities and Exchange Commission ("Commission"). I work in the Commission's Washington, D.C. headquarters office. I have been employed in this capacity since March 2007. One of my principal responsibilities includes acting as a liaison between the Commission and the staff of the United States Senate ("Senate").

2. Senate staff has informed me that the transcripts of non-public testimony that the Senate staff took in investigating claims raised by Gary Aguirre are only available for inspection in the offices of the Senate Committee on Finance. The transcripts cannot be removed, and duplication or copying of the transcripts is not allowed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2008 in Washington, D.C.

                                                                                _/s/ Jonathan W. Burks_
                                                                                Jonathan W. Burks