# Exhibit 5

to Third Hardy Declaration

*SEC v. Aguirre*, 06-cv-01260 (D.D.C.)



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

OFFICE OF THE
GENERAL COUNSEL

August 24, 2007

By Electronic Delivery

Scott A. Hodes
Post Office Box 42002
Washington, D.C. 20015
infoprivacylaw@yahoo.com

    Re:    *Aguirre v. SEC*, Civ. No. 06-1260 (ESH)

Dear Mr. Hodes:

    Pursuant to the Court's August 9, 2007 Order, a draft Vaughn index listing all the documents withheld under exemptions to the Freedom of Information Act is enclosed. We have endeavored to provide a complete list to you and believe that the list of documents is substantially complete. However, because this index is a draft, we may still make changes to all aspects of the index, including adding documents and changing or adding the exemptions on which we rely.

    In addition to the documents itemized in the Vaughn index, this case involves the following categorical issues:

- The Commission redacted names, personal identifying information, and other strictly personal information under Exemption 6 from documents produced in January 2007.

- The Commission withheld documents from the OIG's ongoing investigation under Exemption 7(A).

- The Commission determined that Aguirre is not entitled to the withheld documents and redacted information under the Privacy Act.

- The Commission redacted names, personal identifying information, and other strictly personal information under Exemption 7(C) from documents produced in May 2007.

Most of these withholdings were addressed in detail in the summary judgment papers we filed in January 2007.

    It would also be helpful if, in the meet and confer session required by the Court, you

Mr. Hodes
August 24, 2007
Page 2

could notify us of any additional issues you believe are raised by this case. I will contact you soon to set up a time to meet. I might not be available on Friday, September 7, 2007, but I can meet any other day that week.

Finally, I am including several documents (2163, 4705, 6749, 6752-53, 7108-11, 7118-21, 7124-25, 7141-42) that we did not previously produce. The redacted information is names and phone numbers withheld under Exemption 7(C).

Very truly yours,

Melinda Hardy
Assistant General Counsel
202-551-5149

Enclosures