UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre,          ) | |
| )  | |
| Plaintiff,    ) | |
| )  | |
| v.           ) | Civil Action No.: 06-1260 (ESH) |
| )  | |
| Securities and Exchange    ) | |
| Commission,        ) | |
| )  | |
| Defendant.     ) | |
| _____) | |

**PLAINTIFF'S  UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFNDANTS'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGEMENT**

Plaintiff, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file his Reply to Defendant Security and Exchange Commission's Opposition to Aguirre's Cross-Motion for Summary Judgment and Reply to Aguirre's Opposition to its Motion for Summary Judgment.  Defendant, through counsel, has indicated that Defendant does not oppose this motion.

Plaintiff seeks to extend the deadline for his Reply to Defendant Security and Exchange Commission's Opposition to Aguirre's Cross-Motion for Summary Judgment and Reply to Aguirre's Opposition to its Motion for Summary Judgment until March 21, 2008.  This proposed briefing schedule is reflected in the proposed Order attached hereto.

This is Plaintiff's sixth request for an extension of time in the instant action.  Good cause exists to grant Plaintiff's request for an extension of time.  As indicated in Plaintiff's Unopposed Motion for Extension of Time to file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, filed

October 10, 2007, Plaintiff is under a doctor's care for a spinal problem that necessitated a previous spinal surgery. Plaintiff continues to recover from this surgery, and so as not to worsen Plaintiff's continued recovery, he must limit his daily activities. Thus, Plaintiff seeks extended time to assist with the prosecution of his case, in which he is co-counsel.

Plaintiff has consulted with Defendant and Defendant is aware of Plaintiff's health condition and does not oppose this motion.

Plaintiff anticipates the extended period of time to allow him to continue with his recovery and allow him to put forth the appropriate effort in assisting with his legal case.

Wherefore, Plaintiff seeks an enlargement of time in this action up to and including March 21, 2008. A proposed Order is attached hereto.

Respectfully Submitted,

_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

_____/s/_____
Gary J. Aguirre, CA Bar#38927
402 West Broadway, Suite 400
San Diego, CA 92101
619-595-3197

Attorneys for Plaintiff