UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

The Court having considered plaintiff's unopposed motion to for an extension of time, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further

ORDERED that Plaintiff's Reply to Defendant Security and Exchange Commission's Opposition to Aguirre's Cross-Motion for Summary Judgment and Reply to Aguirre's Opposition to its Motion for Summary Judgment is due March 21, 2008.

DATED_____     _____
                          ELLEN S. HUVELLE
                          UNITED STATES DISTRICT JUDGE

.