UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> Securities and Exchange  )  <br> Commission,  )  <br>  )  <br> Defendant.  )  <br> _____ ) | Civil Action No.: 06-1260 (ESH) |

### **ORDER**

The Court having considered plaintiff's motion for leave to file a reply memorandum in excess of the 25 page limit, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further

ORDERED that Plaintiff's Reply to Defendant Security and Exchange Commission's Opposition to Aguirre's Cross-Motion for Summary Judgment and Reply to Aguirre's Opposition to its Motion for Summary Judgment may exceed the 25 page limit by up to 20 additional pages.

DATED_____     _____
                                                  ELLEN S. HUVELLE
                                                  UNITED STATES DISTRICT JUDGE

.