UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITON TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to file his Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to its Motion for Summary Judgment. Defendant, through counsel, has indicated that Defendant does not oppose this motion.

Plaintiff seeks to extend the deadline for his Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to its Defendant's Motion for Summary Judgment, until March 24, 2008.

This is Plaintiff's seventh request for an extension of time in the instant action. Good cause exists to grant Plaintiff's request for an extension of time. Plaintiff is in the process of completing his Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to its Motion for Summary Judgment that is currently scheduled to be filed on March 21, 2008. However, Plaintiff's

computer crashed on March 19-20, 2008, necessitating him to reconstruct the memorandum and many of the supporting documents to be filed in this case.

Wherefore, Plaintiff seeks an enlargement of time in this action up to and including March 24, 2008. A proposed Order is attached hereto.

Dated: March 21, 2008                              Respectfully Submitted,


_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502

_____/s/_____
Gary J. Aguirre, CA Bar#38927
402 West Broadway, Suite 400
San Diego, CA 92101
619-595-3197

Attorneys for Plaintiff