UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Securities and Exchange )<br>Commission, )<br>)<br>    Defendant. )<br>_____) | Civil Action No.: 06-1260 (ESH) |

## **ORDER**

The Court having considered plaintiff's unopposed motion to for an extension of time, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further

ORDERED that plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due March 24, 2008.


DATED_____          _____
                               ELLEN S. HUVELLE
                               UNITED STATES DISTRICT JUDGE

.