**Exhibit List to Second Aguirre Declaration**

| Ex. No. | Description |
|---|---|
| 30 | March 18, 2008, letter from Gary Aguirre to Associate General Counsel Richard Humes and Assistant General Counsel Melinda Hardy. |
| 31 | SEC Pequot investigation case closing report. |
| 32 | July 24, 2006, SEC cover letter and Form 1662. |
| 33 | SEC year end FOIA reports. |
| 34 | Charles Gasparino blog article. |
| 35 | Gary Aguirre's contribution statement. |
| 36 | Formal order memorandum. |
| 37 | Table of selected records released by the Senate. |
| 38 | May 6, 2005, email from Gary Aguirre to Branch Chief Robert Hanson. |
| 39 | June 15, 2006, memorandum by Deputy Director Walter G. Ricciardi. |
| 40 | February 28, 2008, letter from Gary Aguirre to Melinda Hardy. |
| 41 | March 3, 2008, letter from Melinda Hardy to Gary Aguirre. |
| 42 | March 13, 2008, letter from Melinda Hardy to Gary Aguirre. |
| 43 | June 28, 2005, email from Gary Aguirre. |
| 44 | Sample records produced by the SEC relating to Plaintiff's employment where the names have been redacted. |
| 45 | May 9, 2005, email from Gary Aguirre to Leslie Florschutz. |
| 46 | Celia Winter declaration. |
| 47 | Noelle L. Frangipane declaration. |
| 48 | *The Firing of an SEC Attorney and the Investigation of Pequot Capital Management,* Senate Report No.110-28 (2007). |
| 49 | May 14, 2007, letter from Scott Hodes to Melinda Hardy. |
| 50 | August 21, 2007, letter from Brenda Fuller to Gary Aguirre. |
| 51 | June 5, 2007, letter from Scott Hodes to Melinda Hardy. |
| 52 | November 5, 2007, email from Gary Aguirre to Melinda Hardy. |
| 53 | October 8, 2007, email from Gary Aguirre to Melinda Hardy. |

.