# Exhibit 30

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

GARY J. AGUIRRE

By Electronic Mail and First Class Mail

March 18, 2008

Richard Humes
Associate General Counsel
Securities and Exchange Commission
100 F St. N.E.
Washington, D.C. 20549

Melinda Hardy
Assistant General Counsel
Securities and Exchange Commission
100 F St. N.E.
Washington, D.C. 20549

Re: Civil Action No.: 06-1260 (ESH)

Dear Ms. Hardy and Mr. Humes:

The SEC filed a memorandum on January 12, 2008, in the above matter which contained the following statement on footnote 24:

> Aguirre has provided to the Court unredacted versions of several of the documents the Commission has provided. We do now know the source of these documents and whether Aguirre has other unredacted documents that he can use in this matter. (The Commission has recently provided Aguirre unredacted versions of all the documents it provided in response to his FOIA request in connection with other litigation, but it provided those documents subject to a confidentiality agreement that limits his use of the documents to that litigation.)

The footnote implies that I have provided records to the court which were not properly in my possession or provided to the court in violation of a protective order. Both implications are false. Please identify exactly which exhibits you contend were provided to the court and were not properly within my possession. I will then advise you of the source of those records.

I am also suggesting that your staff immediately check its own internal records as you should be able to determine promptly and decisively that no records were improperly provided to the court.

- 2 -                                                                                     March 18, 2008

I am also asking you to immediately notify the court that the implication in footnote 24 of your January 12, 2008, memorandum is false. As you no doubt know, misleading a federal court has ethical implications.

Sincerely,

Gary J. Aguirre