# Exhibit 33

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

### Securities and Exchange Commission Freedom of Information Act
### Annual Report for Fiscal Year 2007
### October 1, 2006 to September 30, 2007

**IV. Exemption 3 Statutes**

**List of Exemption 3 statutes relied on by the agency during the current fiscal year:**

| Statute Code | Court upheld | Concise Description of material withheld |
| --- | --- | --- |
| 15 U.S.C. § 80b-10(b) | N/A | Investment Advisors Examination Records |

### Freedom of Information Act Annual Report
### for the Fiscal Year Ending September 30, 2006
### October 1, 2005 to September 30, 2006

**IV. Exemption 3 Statutes**

**List of Exemption 3 statutes relied on by the agency during the current fiscal year:**

| Statute Code | Court upheld | Concise Description of material withheld |
| --- | --- | --- |
| 15 U.S.C. § 80a-30(c) | N/A | Investment Company Examination Records. |
| 15 U.S.C. § 80b-10(b) | N/A | Investment Advisors examination Records. |

### Freedom of Information Act Annual Report
### for the Fiscal Year Ending September 30, 2005
### October 1, 2004 to September 30, 2005

**IV. Exemption 3 Statutes**

**A. List of Exemption 3 statutes relied on by the agency during the current fiscal year:**

| Statute Code | Court upheld | Concise Description of material withheld |
| --- | --- | --- |
| 15 U.S.C. § 80a-30(c) | N/A | Investment Company Examination Records. |
| 15 U.S.C. § 80b-10(b) | N/A | Investment Advisors examination Records. |

# Securities and Exchange Commission Freedom of Information Act Annual Report for the Fiscal Year Ending September 30, 2004

## IV. Exemption 3 Statutes

a. List of Exemption 3 statutes relied on by the agency during the current fiscal year:

| Statute Code | Court upheld | Concise Description of material withheld |
|---|---|---|
| 15 U.S.C. § 80a-30(c) | N/A | Investment Company Examination Records. |
| 15 U.S.C. § 80b-10(b) | N/A | Investment Advisors examination Records. |
| 41 U.S.C. §423(d) | N/A | Proprietary or source selection information regarding agency procurement of property or services. |

# Securities and Exchange Commission
# Freedom of Information Act
# Annual Report for the Fiscal Year Ending September 30, 2003

## IV. Exemption 3 Statutes

A. List of Exemption 3 statutes relied on by the agency during the current fiscal year:

- 15 U.S.C. § 80a-1
- 15 U.S.C. § 80b-10(b)

3. Brief description of the types of information withheld under each statute:

- Investment Adviser Examination Records

4. Statement of whether a court has upheld the use of each statute. N/A

# SEC FOIA Program
# Freedom of Information Act Annual Report
# for the Fiscal Year Ending September 30, 2002

## IV. Exemption 3 Statutes

A. List of Exemption 3 statutes relied on by the agency during the current fiscal year:

- 15 U.S.C. § 80b-10(b)
- 15 U.S.C. § 78Q(h)(5)

  1. Brief description of the types of information withheld under each statute:

     - Investment Adviser Examination Records
     - Broker-Dealer Examination Records

  2. Statement of whether a court has upheld the use of each statute.

# SEC FOIA Program
# Freedom of Information Act
# Annual Report for the Fiscal Year Ending
# September 30, 2001

## IV. Exemption 3 Statutes

List of Exemption 3 statutes relied on by the agency during current fiscal year:

- 15 U.S.C. § 80b-10(b)

- 15 U.S.C. § 80(a)-30

- 15 U.S.C. § 78x(d)

  1. Brief description of the types of information withheld under each statute:

     - Investment Adviser Examination Records

     - Investment Company Examination Records

     - Records from Foreign Authorities

  2. Statement of whether a court has upheld the use of each statute. None.

# SEC FOIA Program
# Freedom of Information Act
# Annual Report for the Fiscal Year Ending
# September 30, 2000

## IV. Exemption 3 Statutes

A. List of Exemption 3 statutes relied on by the agency during current fiscal year:

- Federal Property and Administrative Services Act of 1941, 41 U.S.C. 253b (m) (1) and (2), as amended in 1996.

    1. Brief description of the types of information withheld under each statute:

- Non-winning bids

    2. Statement of whether a court has upheld the use of each statute.

# SEC FOIA Program
# Freedom of Information Act
# Annual Report for the Fiscal Year Ending
# September 30, 1999

## V. Exemption 3 Statutes

### A. List of Exemption 3 statutes relied on by the agency during current fiscal year:

1. Federal Property and Administrative Services Act of 1941, 41 U.S.C. 253b(m)(1) and (2), as amended in 1996

2. Section 24(d)(1) of the Securities Exchange Act of 1934, 15 U.S.C. 78x(d)

### B. Brief description of the types of information withheld under each statute:

1. Contract Bids/Proposals

2. Records from foreign securities authority

### C. Statement of whether a court has upheld the use of each statute:

The SEC's decisions to withhold records under Exemption 3 have not been challenged. Consequently, no court has upheld the FOIA Officer's decisions to withhold information under Exemption 3 statutes.

## SEC FOIA Program
## Freedom of Information Act
## Annual Report for the Fiscal Year Ending
## September 30, 1998

### V. Exemption 3 Statutes

**A. List of Exemption 3 statutes relied on by the agency during current fiscal year:**

1. Federal Property and Administrative Services Act of 1941, 41 U.S.C. 253b(m)(1) and (2), as amended in 1996

2. Section 210(b) of the Investment Advisors Act of 1940, 15 U.S.C. 80b-10(b)

3. Section 13(f)(3) of the Securities Exchange Act of 1934, 15 U.S.C. 78m(f)(3)

**B. Brief description of the types of information withheld under each statute:**

1. Contract Bid (non-winning)

2. Investment Advisor Examination Reports

3. Confidential portion of Form 13F filed by individual

**C. Statement of whether a court has upheld the use of each statute:**

The SEC's decisions to withhold records under Exemption 3 have not been challenged. Consequently, no court has upheld the FOIA Officer's decisions to withhold information under Exemption 3 statutes.