# Exhibit 34

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)

**Will the Mack-Pequot case be dismissed free of charges?**

When the Securities and Exchange Commission closes a case without bringing charges, targets usually get a private, form letter from the agency alerting them that they've been cleared and the case is closed. But that all might change for two high-profile targets of the commission, Pequot Capital and Morgan Stanley CEO John Mack.

CNBC has learned that the commission is considering the unusual, and some would say, unprecedented move of not just officially alerting Pequot and Mack that they are cleared of possible insider trading charges, but also releasing all the evidence in the probe.

The move comes after a former SEC attorney Gary Aguirre went public with charges that he was fired from the SEC when he sought Mack's testimony in an insider trading case against Pequot. Aguirre said he had reason to believe that Mack gave Pequot an insider tip on a pending merger that allowed Pequot, a massive hedge fund run by Mack's good friend Arthur Samberg, make millions of dollars in profits. Both Mack and Pequot have denied the charges.

But people close to the case say the commission's investigation into Pequot and Mack is reaching its final stages. CNBC was first to report this morning that Mack gave his deposition in the case on Tuesday, and the entire matter could be concluded in the coming weeks. Though the investigation is still open, these people say the evidence that Mack offered an insider tip to Pequot is sketchy at best, leading some people at the commission to believe there is not enough evidence to bring charges against the Morgan Stanley CEO.

Of course anything is possible. It's unclear what Mack said during his deposition yesterday before the SEC. It is of course completely possible that Mack provided new details that may cause the SEC's enforcement staff to believe that Mack may have provided a tip to Samberg, which could result in the investigation continuing or at some point, formal charges being filed against Mack, Pequot or both.

But if that is not the case, the SEC enforcement staff is planning to ask the full commission to give the green light to release all the evidence in the case, which includes emails and other documents developed by Aguirre. There are two reasons why the SEC enforcement staff is pushing for a complete disclosure of the evidence. First, the enforcement staff wants to clear its own name from charges that it pulled punches to protect a high-ranking CEO with close political ties to the Bush administration, these people say (Mack, notably, had contributed to the president's campaign). But also, some people in the commission believe that if there isn't enough evidence to charge Mack, he deserves to have his name cleared. These people say he was unfairly attacked when Aguirre went public before the Senate Judiciary Committee saying he had evidence that Mack gave an insider tip to Pequot but never once showed his cards. Aguirre has said that the SEC warned him not to disclose information from his work at the commission.

Charles Gasparino - CNBC