# Exhibit 37

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

**Exhibit 37**

| Location | Document |
|---|---|
| S. HRG. 109-898, p. 193 | May 9, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 203 | June 3, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 680-2 | June 3, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 648-649 | June 20, 2005 email from Gary Aguirre. |
| S. HRG. 109-898, p. 619-620 | June 20, 2005 email from Gary Aguirre. |
| S. HRG. 109-898, p. 225-234 | June 27, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 235-238 | June 28, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 239-240 | June 29, 2005 email from Gary Aguirre. |
| S. HRG. 109-898, p. 826 | June 29, 2005, evaluation of Gary Aguirre. |
| S. HRG. 109-898, p. 679 | July 19, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 944-952 | June 30, 2005, Morgan Stanley Board Meeting notes |
| S. HRG. 109-898, p. 306 | July 25, 2005, email from Assistant Director Mark Kreitman. |
| S. HRG. 109-898, p. 242-246 | July 27, 2005 email from Gary Aguirre. |
| S. Rep., p. 394 | August 3, 2005, E-mail from James Eichner. |
| S. HRG. 109-898, p. 340 | August 3, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 340 | August 3, 2005, email from James Eichner. |
| S. HRG. 109-898, p. 327-330 | August 4, 2005, email from Aguirre. |
| S. HRG. 109-898, p. 639 | August 4, 2005 email from Gary Aguirre. |
| S. HRG. 109-898, p. 660 | August 17, 2005, email from Gary Aguirre. |
| S. HRG. 109-898, p. 670 | August 24, 2005 email from Branch Chief Robert Hanson. |
| S. HRG. 109-898, p. 747-748 | September 8, 2005 email from Branch Chief Robet Hanson. |
| S. Rep., p. 608-9 | Oct 21, 2005, SEC/OIG notes on Enforcement Director Linda Thomsen |

| Location | Document |
|---|---|
| S. Rep., p. 611-12 | Oct 21, 2005, SEC/OIG notes on Associate Director Paul Berger. |
| S. Rep., p. 383-392 | Nov 29, 2005, Memorandum from Kelly Andrews. |
| S. HRG. 109-898, p. 870-876 | November 29, 2005, memo from Kelly Andrews. |
| S. Rep., p. 132-133 | June 15, 2006, Memorandum from Walter Ricciardi |
| S. Rep., p. 402 | July 24, 2006, e-mail from Liban Jama. |
| S. Rep., p. 380-381 | SEC/OIG notes on Mark Kreitman |
| S. Rep., p. 548 | SEC/OIG notes on Robert Hanson. |