# Exhibit 38

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

**From:** Aguirre, Gary J.
**Sent:** Friday, May 06, 2005 12:08 PM
**To:** Hanson, Robert
**Subject:** HO 9818

When's a good time for you to talk?

I believe the key points of Samberg's testimony are

1) His reason for buying Heller Financial boils down to:
    1) Economic factors were converging positively for Heller;
    2) Heller had 10% growth rate and analysts thought this would continue;
    3) Analysts and media saw Heller as acquisition target.
2) He cannot recall discussing Heller Financial with anyone at Pequot before investing $40 million. This is curious because Pequot had people that followed credit markets and, in general, the best brains money could buy. "Was there no one at Pequot whose counsel you valued on the Heller purchases?" His answer was basically no.
3) Cannot recall discussing with anyone from Heller or GE and no e-mails/docs relating to any contacts. This is contrary to the way Pequot does business.
4) Cannot recall discussing with anyone outside Pequot and no e-mails/docs. Also contrary to the way Pequot does business.
5) Claims he saw some analyst's article and news suggesting Heller was GE target but cannot ID any articles he saw. Newspaper article a couple of years before quotes Samberg saying he does not consider Wall Street analysts. Further, his testimony suggests that his attorneys spoon fed him his current line. When I be; breaking down the reasons he bought Heller, he eventually said there was nothi about Heller that caused his decision. It was actually what was going on at Pequot.
6) Bottom line: his current story is backed by nothing that has been produced and makes no sense.
7) How far will Fried-Frank and Wachtell-Lipton go to create Samberg's story? During a call, Martin (Wachtell-Lipton) told me concrete version why Samberg bought Heller: Samberg saw the WSJ article, saw an analysts report, did some technical analysis, and relying on his experience, decided to buy. I questioned Martin about this tale and his answers made no sense. The story was dropped b the time Samberg testified. My point: these guys will create the evidence to support a story. I think Fried Frank and Wachtell Lipton have cooked up the entire story that Samberg gave us and then showed him the research that supported, which he parroted back during his testimony.

The keys to Samberg:

1) We know GE decided to go ahead with Heller in May 2001 and Sambe made his buy about six weeks later. We need to focus on Samberg's cal e-mails and instant messaging during this period. I am unconvinced we

have all of them. I know we don't have his instant messaging which he says he exclusively used to communicate with important people;

2) Samberg identified several people he could have talked to during this period. Both Hilton and I think this may have been his way not to perjur himself. One was with Merrill. Merrill knew about the acquisition in Ma 2001. It also received 3 times more ($16 million soft and cash) in commissions than any other Pequot as any other B-D in 2001.

3) In general, I think Samberg could be a horror show for Audrey. He is no used to being told what to do or say and therefore is not very coachable. His arrogance also shined through during his examination. For example, asked him if Pequot uses due diligence to research a stock before buying it, and used GE as an example. (Why? If you have a due diligence policy was it followed when you purchased Heller?) He gave me a lecture why due diligence has nothing to with Pequot's decision making, and basical said GE was not concerned with Pequot's due diligence. I have a lengthy Pequot memo, given to Pequot's investors, describing how it uses due diligence in making its investment decisions and a specific due diligence statement that Pequot gave to GE.

Gary