# Exhibit 40

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

# GARY J. AGUIRRE

February 28, 2008

Melinda Hardy
Assistant General Counsel
Securities and Exchange Commission
100 F St. N.E.
Washington, D.C. 20549

Dear Ms. Hardy:

With this letter, I am following up on my enclosed email of February 21, 2008, and also raising additional, related questions.

As you will recall, I attached to the enclosed email a copy of a document that appeared to be taken from my OPF. Again, I request that you kindly advise me why it was not included in the release of records responding to my December 30, 2005, FOIA and Privacy Act requests. Additionally, I am again inquiring whether you have any objection to the submittal of the same record to the court in connection with the pending summary judgment motions.

Additionally, I inquired in my email whether you would provide me with the page and line numbers of the 524 lines which the FOIA office has withheld pursuant to exemption 4, as stated on page 7 of Richard Humes' letter dated December 18, 2007, to Audrey Strauss and Matt T. Morley. The page and line numbers would allow me to decide whether and to what extent I would oppose the withholding of this information under Exemption 4.

Similarly, Mr. Humes' letter indicates that some portions of the "Samberg transcripts and exhibits attached hereto that are marked in yellow are being withheld under Exemption 7(C)." Once again, it would be of assistance if you could provide me with a description of the information withheld under Exemption 7(C) so I can make a decision whether or not to oppose your assertion of this exemption in regards to these records.

In this way, we may avoid requesting the court to review some or all of these records.

Sincerely,

Gary J. Aguirre

Enclosures

# Gary Aguirre

| | |
|---|---|
| From: | Gary Aguirre [gjaguirre2@aol.com] |
| Sent: | Thursday, February 21, 2008 12:46 PM |
| To: | 'hardym@sec.gov' |
| Subject: | Hernandez receipt of my OPF |
| Attachments: | Hernandez 10 14 05.pdf |

Ms. Hardy:

The attached document appears to have been in my OPF. Would you kindly advise me why it was not included in the production of records in response to my December 30, 2005, request? I am also inquiring whether you have any objection to its submittal in connection with the pending summary judgment motions.

Also, your response states at page 25, "The Commission is withholding under Exemption 4 portions of three transcripts of testimony from Samberg and portions of one other transcript.25 (Those transcripts are withheld in their entirety under Exemption 3.) Footnote 25 further states, "The information withheld under E 25 exemption 4 consists of approximately 524 lines from 4 transcripts. Third Hardy Decl. ¶ 11." I am possession of those transcripts, since they were produced in the MSPB case. If you would provide me with the page and line numbers of the 524 lines, I would be able to make a decision whether I will oppose your objection. In this way, the issues may be narrowed.

Sincerely,

Gary Aguirre

1