# Exhibit 42

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

March 13, 2008

<u>By Electronic Delivery</u>

Gary J. Aguirre
402 West Broadway, Suite 400
San Diego, CA 92101
gjaguirre2@aol.com

Re: *Aguirre v. SEC*, Civ. No. 06-1260 (ESH)

Dear Mr. Aguirre:

I am writing in response to your February 28, 2008 letter to me. I addressed most of the issues raised in that letter in my March 3, 2008 letter to you. However, when I sent my March 3 letter I had not yet received your February 28 letter and, consequently, was not aware of your request that we identify the portions of the Samberg transcripts and exhibits withheld under Exemption 7(C). As I stated with respect to your prior request concerning the Exemption 4 redactions, we believe it would not be appropriate to identify the withheld portions because the protective order governing the production of documents in your MSPB case states that your MSPB and FOIA cases should be handled separately. Blurring the line between the two cases raises the danger that exempt material could be improperly disclosed.

Very truly yours,

Melinda Hardy
Assistant General Counsel
202-551-5149

cc: Scott Hodes