# Exhibit 46

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

MELINDA HARDY
NOELLE L. FRANGIPANE
  Frangipanen@sec.gov
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-5142
Facsimile: (202) 772-9263

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Gregory J. LaRoche | C-05-4760-CW |
|---|---|
| Plaintiff, vs. | DECLARATION OF CELIA WINTER |
| U.S. Securities and Exchange Commission | |
| Defendant. | |

I, Celia Winter, declare as follows:

  1. I am the Freedom of Information Act (FOIA) Officer for the United States Securities

1

and Exchange Commission ("Commission"). I have been the agency FOIA Officer with the Commission at all times relevant to the matters addressed herein. My responsibilities include oversight of the agency FOIA and Privacy Act programs, providing advice regarding the FOIA and Privacy Act, and supervision of the collection and review of any documents produced by the Commission in response to a FOIA request. I am familiar with the procedures followed in responding to plaintiff's FOIA requests.

**FOIA Request No. 05-05034**

2. On April 6, 2005, Daniel Stotter, on behalf of plaintiff Gregory LaRoche, made a request under the Freedom of Information act (FOIA) requesting fifteen fields of information from the Uniform Application for Broker-Dealer Registration ("Form BD") and Form BD amendments and supplements, in electronic format. Mr. Stotter noted in the request that while much of this information was already publicly available on the Commission's website, he was seeking additional fields and therefore was making this request under the FOIA. The fifteen fields of information requested were: (1) Names of the Broker-Dealers; (2) CRD Numbers of the Broker- Dealers; (3) IRS Employer Identification Numbers of the Broker-Dealers; (4) Main addresses of Broker-Dealers; (5) Main Telephone Numbers of Broker-Dealers; (6) Organizations (SROs) in which Broker-Dealers are registered; (7) Jurisdictions in which Broker-Dealers are registered; (8) Legal status of Broker-Dealers (*i.e.*,: Partnership, sole proprietor, LLC, corporation); (9) Month of fiscal year end of Broker-Dealers; (10) State and county of formation of Broker Dealers; (11) Date of formation of Broker Dealers; (12) Types of businesses in which Broker-Dealers are engaged; (13) Names and titles of executive officers of Broker-Dealers; (14) Clearing firm of Broker-Dealers; and (15) Branch offices of the Broker Dealers. This request was given Case No. 05-05034, a copy of which is attached hereto as Exhibit A.

3. Upon receipt of this request, FOIA Office staff contacted the Office of Information

2

Declaration of Celia Winter

Technology (OIT), which supports the Commission in all aspects of information technology; the Division of Market Regulation, which is responsible for the regulation of broker-dealers; and the Commission's Records Management Office, which maintains information for review by the public.

4. On June 10, 2005, the Commission's FOIA Office provided a final response to the plaintiff's First Request, indicated that only eight of the fields were maintained by the Commission and could be produced electronically, and offered to produce the eight fields.[1] The fields are posted on the agency website as a Frequently Requested FOIA document, at www.sec.gov/foia/docs/bdfoia.htm. The letter further indicated that the information could be obtained through the National Association of Securities Dealers, Inc (NASD). A copy of that letter is attached hereto as Exhibit B.

5. On June 24, 2005, plaintiff appealed the FOIA Officer's determination as to his First Request, alleging that all of the fields of information should be electronically provided to him. A copy of that letter is attached hereto as Exhibit C.

6. On September 23, 2005, the Commission issued a final determination on plaintiff's appeal, affirming the decision of the FOIA Officer. Plaintiff was further informed that he could access all of the requested information in paper format via the Commission's Public Reference Room A copy of that letter is attached hereto as Exhibit D.

**FOIA Request No. 05-08712**

7. Plaintiff made a FOIA request on September 29, 2005. This request sought (1) All documents which discuss or describe the SEC's ability to access electronic data from Form BD registrations and Form BD Amendments filed electronically with the NASD; (2) All contracts or

---

[1] Plaintiff had received the same information in response to a prior FOIA request he made, FOIA Request No. 05-2798. In the June 10, 2005 final response, the FOIA Office enclosed a copy of the final response to plaintiff's earlier request.

3

Declaration of Celia Winter

agreements made between the SEC and the NASD concerning the SEC's ability to access electronic data from SEC filings made directly to the NASD; and (3) All other documents or records which discuss or otherwise describe the SEC's ability to access data from SEC filings made directly to the NASD (including electronic data) including but not limited to communications between the SEC and the NASD which discuss SEC access to this data. This request was given Case No. 05-8712, a copy of which is attached hereto as Exhibit E.

    8. FOIA staff contacted all offices and divisions which could potentially have responsive information. The following offices and divisions were queried: Office of the General Counsel, which, as the chief legal officer of the Commission, would have participated in any contracts or agreements with NASD; the Division of Market Regulation, which regulates the major securities market participants, including NASD; the Division of Investment Management, which regulates investment companies and federally registered investment advisers; the Division of Enforcement, which investigates possible violations of securities laws; the Office of Information Technology, which has overall responsibility for the Commissions information technology program; and the Office of Filings and Information Services, which supports the agency's Full Disclosure, Supervision and Regulation of Securities Markets, is responsible for the agency's Records Management program, administers the Commission's FOIA program, operates the branches of Public Reference and Filer Support, and provides assistance to the filing community with obtaining information. There are no other offices or divisions in the Commission which are thought to potentially hold responsive information.

    9. In processing this request, the FOIA staff followed the standard protocol employed by the FOIA Office in searching for records at the Commission. First, staff provided a referral memorandum and a copy of the request to the FOIA Liaison in each office identified in paragraph 8, above. The FOIA Liaisons then queried the staff in their offices for responsive documents. Each FOIA Liaison then replied back to the FOIA Office whether they held

4

Declaration of Celia Winter

responsive documents or not. If so, those documents were provided to the FOIA Office for review and, in this case, released in full to the requester.

10. Specifically in this case, documents were located by the Office of the General Counsel and the Division of Investment Management. Both offices turned the documents over to the FOIA Office for review.

11. On January 27, 2006, the FOIA Office provided a final response to the Request No. 05-08712, and released all responsive materials in their entirety. A copy of that letter is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2006 in Washington, D.C.

*Celia Winter*

Celia Winter, SEC FOIA Officer