# Exhibit 47

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALD BRYAN DUGGAN, )
)
Plaintiff, )
)
v. )  Case No. 06-cv-10458 (RCL)
)
SECURITIES AND EXCHANGE )
COMMISSION, )
)
Defendant. )

## DECLARATION OF NOELLE L. FRANGIPANE IN SUPPORT OF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT

1. I work for the Securities and Exchange Commission's ("SEC") Office of General Counsel ("OGC"). My title is Senior Counsel. I have worked for the SEC and have been in my position since January 2005.

2. My work duties include assisting in the preparation of OGC's responses to Freedom of Information Act ("FOIA") appeals and advising SEC employees on FOIA-related issues.

3. This declaration is based upon my personal knowledge and belief, and upon information made available to me in the course of my official duties.

4. I was the principal attorney who prepared a response to Gerald Bryan Duggan's ("Duggan") FOIA appeals in 2005 (FOIA Requests 2005-5038 and 2005-5039).

5. In connection with preparing a response to Duggan's 2005 FOIA appeals, I received material from the Office of Filings and Information Services ("OFIS") which showed that the only documents withheld from Duggan in response to FOIA Requests 2005-5038 and 2005-5039 were documents

   from the investigation entitled "In the Matter of Xylogics, Inc." ("Xylogics investigation") and informal inquiries that led to the Xylogics investigation.

6.  After reviewing the OFIS material and documents from the SEC's Name Relationship Search Index computer database ("NRSI"),[1] I contacted James Lee Buck and Samuel J. Draddy. Buck and Draddy are attorneys in the SEC's Division of Enforcement who worked on the Xylogics investigation. Buck and Draddy informed me that disclosure of these withheld documents would no longer be expected to interfere with enforcement proceedings.

7.  On June 29, 2005, pursuant to delegated authority, Richard M. Humes (the Associate General Counsel for Litigation and Administrative Practice) remanded the appeals to the FOIA Office.

8.  Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct.

              _____
              Noelle L. Frangipane

Executed on:   February 1, 2007
        Washington, D.C.

---

[1]  The NRSI contains information on SEC investigations and proceedings.