# Exhibit 49

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C)

**SCOTT A. HODES, ATTORNEY AT LAW**
Post Office Box 42002
Washington, DC 20015
WWW.INFOPRIVACYLAW.COM
(301) 404-0502

MEMBER DC AND MD BARS

INFOPRIVACYLAW@YAHOO.COM

May 14, 2007

Melinda Hardy
Assistant General Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-9612

VIA FACSIMILE and E-MAIL

<u>Aguirre v. SEC (Civ. No. 06-1260) (ESH)</u>

Dear Ms. Hardy:

This letter is a response to Mr. Humes's letter of May 1, 2007.

To begin with, Mr. Humes's letter, as I understand it, creates a troubling and fundamental inconsistency in the positions taken by the SEC in this matter. To put this consistency in focus, I will briefly summarize the pertinent facts.

As confirmed by Laura Walker's letter of October 10, 2006, Mr. Aguirre agreed to a more expeditious and less burdensome manner for the SEC to comply with his March 21 request and item 6 of his December 30 request. The SEC could satisfy these requests by producing the non-exempt documents which the SEC would produce to the Senate in response to category 1 of Senators Grassley's and Specter's letter of August 2, 2006.

In his letter, Mr. Humes now states that the SEC is withholding 2000 pages of documents on the theory that are not responsive to category 1 of the August 2, 2006, letter. Since the Senators Grassley and Specter, as we understand, made only one request for the production of documents, their August 2 letter, and since that letter had only two categories of requested documents, as a matter of simple logic, the SEC must be withholding the documents on the theory that they were called for by category 2 of the August 2 letter.

That brings us to what appears to be the inconsistency. Why did the SEC fail to produce the 2000 pages of documents, which apparently relate to Mr. Aguirre's termination, in response to Mr. Aguirre's December 30 request which explicitly sought documents relating to his termination and employment?

To be specific, the second request of the Senators Grassley's and Specter's August 2 letter sought: "All documents related to the termination of the employment of Mr. Gary Aguirre including but not limited all communications in any form, such as email sent or received by any of the above named individuals."

Multiple, overlapping requests in Mr. Aguirre's letter of December 30, 2005, sought the same documents. For example, paragraph 11 of that letter (which is incorporated into the complaint at paragraph 37, page 14) reads:

> 11) All records relating to the SEC's termination of Aguirre's employment, including (but not limited) to electronic or hard copy documents to or from his supervisors, transmittal letters, memorandums, emails, notes or memorandums of any meeting during which such possibility was discussed, and all other documents generated in carrying out such termination;

Hence, Mr. Humes seems to concede that the SEC has not fully complied with Mr. Aguirre's December 30 request, as incorporated into the complaint. On the other hand, the SEC has represented to the Plaintiff and the Court that it has fully complied with Mr. Aguirre's request for documents relating to his employment with the exception of certain spreadsheets summarizing the compensation committee processes in July 2005. Would you kindly and promptly clarify your position in this regard?

Additionally, without further information about the withheld material, my client cannot accept Mr. Hume's statement that the SEC is properly withholding thousand of pages of other documents pursuant to Exemption 5 (1600 pages), Exemption 8 (10 pages) and confidential treatment requests (1800 pages). We intend to press for the release of these documents. Please let us know what schedule you propose for the Vaughn index and briefing of these withheld documents.

As our deadline is looming for our opposition for your motion for partial summary judgment, we ask that you provide answers to us on both of these points no later than Friday May 18, 2007.

Sincerely,

Scott A. Hodes


cc: Gary J. Aguirre