# Exhibit 50

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C)



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549

Office of Freedom of Information
& Privacy Act Operations

<u>BY EMAIL, MAIL AND FACSIMILE: (202) 328-0562</u>

Mail Stop 5100                                          August 21, 2007

Mr. Gary Aguirre
1528 Corcoran St, NW
Washington, DC  20009

      Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
           Request No. 06-00014-FOPA

Dear Mr. Aguirre:

    Further reference is made to your amended December 30, 2005 FOIA request for records that the agency has produced or will produce to the Judiciary and Finance Committees.

    We have resolved all issues raised by the confidential treatment submitters regarding six volumes of the transcripts of testimony and two separate set of records concerning the above-referenced matter.

    Access is granted in part to the transcripts of testimony, except for home addresses; home and cell telephone numbers; dates of birth; witness, third party and staff names; certain information relating to personal employment/professional background; social security numbers; medical information; and other personal family and financial information.  However, we have granted access to names to the extent they are otherwise freely available to the public.  The disclosure of this information could reasonably be expected to constitute an unwarranted invasion of personal privacy under 5 U.S.C. § 552(b)(7)(C), 17 CFR § 200.80(b)(7)(i)(C).  Release of the staff names could subject them to harassment in the performance of their official duties.

    Information revealed in the transcripts regarding the company's internal documents, policies and procedures, and business strategies are protected from release under

Mr. Gary Aguirre                                          06-00014-FOPA
August 21, 2007
Page Two


5 U.S.C.§ 552(b)(4), 17 CFR § 200.80(b)(4) to the extent that they constitute confidential commercial and financial information, the release of which would cause substantial harm to the company's competitive position.

We are also withholding 26 pages of records in their entirety under FOIA Exemption 7(C).

We are releasing the enclosed two-page email. However, we have redacted third-party names, email addresses, and telephone and facsimile numbers from the email under FOIA Exemption 7(C).

To arrange for inspection and/or copy the releasable records, at the rate of 24 cents per page, please contact Ms. Felecia Taylor of my staff at (202) 551-8349.

We will postpone releasing the six volumes of transcripts of testimony until August 20, 2007 and August 27, 2007 to give the confidential treatment requesters an opportunity to appeal my decision to our General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR § 200.83. After these dates, you may call Ms. Taylor, to determine whether we have received the appeals. If we receive any appeals, we will inform you of them and withhold the records until the appeals are resolved. Absent an appeal, you may inspect the releasable records or order a copy of them, subject to the enclosed fee schedule.

With respect to the withheld information, you have the right to appeal our decision to our General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR § 200.80(d)(5) and (6). Your appeal must be in writing, clearly marked "Freedom of Information Act Appeal," and should identify the requested records. The appeal may include facts and authorities you consider appropriate.

Send your appeal to the FOIA/Privacy Act Office of the Securities and Exchange Commission located at Station Place, 100 F Street NE, Mail Stop 5100, Washington, D.C. 20549, or deliver it to Room 1120 at that address. Also, send a copy to the SEC Office of the General Counsel, Mail Stop 9612, or deliver it to Room 1120 at the Station Place address.

Mr. Gary Aguirre  
August 21, 2007  
Page Three

06-00014-FOPA

    We are still negotiating with the remaining confidential treatment submitters regarding three transcripts of testimony and two documents relating to the above case. Once negotiations are complete, we will advise you of the accessibility of the records.

    In the interim, if you have any questions, please call Ms. Taylor.

                        Sincerely,  
                        FOIA/Privacy Act Officer

                by:  Brenda Fuller  
                     FOIA/Privacy Act Branch Chief

Enclosure

cc:  Scott A. Hodes, Esq.  
     1410 Aintree Dr.  
     Rockville, MD 20850