# Exhibit 52

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

**From:** Gary Aguirre [mailto:gjaguirre2@aol.com]
**Sent:** Monday, November 05, 2007 12:56 PM
**To:** 'Hardy, Melinda'
**Subject:** Clarifications

Ms. Hardy:

A key reason why I am asking for clarification boils down to one word: credibility.

Initially, the credibility issue arose regarding Mr. Humes letter of May 1, 2007. In that letter, Mr. Humes stated that 2000 pages of documents had been provided to Senate, but were not "responsive to category one of the August 2, 2006 letter" from Senators Grassley and Specter to the SEC. That statement triggered a series of correspondence (Mr. Hodes of May 14, 2007, yours of May 18, 2007, Mr. Hodes of June 5, 2007, and yours of June 29, 2007) discussing whether or not Mr. Humes's statement was accurate.

Your last letter (June 29, 2007) purported to clarify the issue. In essence, you stated that 625 pages of the 2000 were previously produced to me, explained that 325 pages of the 2000 were duplicates of the same 625 pages, and gave a breakdown of the remaining 1000 documents into twelve subcategories. We accepted this explanation with skepticism.

The statement in the brief is a new one. You have created a third category: 832 documents which are part duplicates and part nonresponsive documents. You refuse to give us a breakdown, because it would be unduly burdensome. We cannot accept this. It makes no logical sense if you are acting in good faith. You had the "nonresponsive" documents broken down into discrete subcategories in your June 29 letter. Why would you now lump them together with "duplicates"? The only logical explanation is that the SEC is hiding something.

I am requesting again for the SEC to provide by category the documents which it has provided to the Senate, including those from the OIG, which were not provided in your various FOIA productions.

Your claim that the documents maintained on the J-Drive are merely drafts raises a similar issue of credibility. You say that documents were provided under cover of your letter of September 17, 2007. However, instead of providing us with the SEC bates stamps so we could cross reference your production to the Vaughn index, you provided the documents with an "Aguirre" bates number for which you have provided no Vaughn index. Please provide us with the documents contained in your September 17 letter with the appropriate SEC bates stamp, so we can try to cross reference them to the Vaughn index, so we can determine whether the documents in issue have now been produced.

Sincerely,

Gary Aguirre