# Exhibit 53

## to Second Aguirre Declaration

*Aguirre v. SEC*, 06-cv-01260 (D.D.C.)

**From:** Gary Aguirre [mailto:gjaguirre2@aol.com]
**Sent:** Monday, October 08, 2007 4:07 PM
**To:** Hardy, Melinda
**Cc:** 'Scott Hodes'
**Subject:** Clarifications

Dear Ms. Hardy:

We are attempting to further narrow the issues to be decided by the Court and would appreciate your input in this regard. In particular, I am seeking a clarification of your statements regarding the number and classification of documents that the Commission has provided to the Senate, but has not provided to me in response to my FOIA requests.
In this regard, I call your attention to the following paragraph at page eight of your memorandum filed last week:

> The remaining documents in the Senate production consist of (1) 632 pages that are duplicates of documents that the Commission provided from the Senate production on May 1, 2007; (2) 576 pages that are not responsive to Aguirre's FOIA request and that Aguirre has indicated he is not interested in obtaining (Hardy Decl., Exs. 13 & 15); and (3) *812 pages from the Senate production that are either duplicates of the documents provided in the Commission's response to items 7 through 12 of the December 30, 2005 request (which did not come from the Senate production) or that are not responsive to Aguirre's FOIA request* (emphasis added).

Regarding the italicized language above, would you kindly advise us how many of the 812 pages of documents fall into each of the following two categories: (1) "duplicates of the documents provided in the Commission's response to items 7 through 12 of the December 30, 2005 request" of (2) and documents that "are not responsive to Aguirre's FOIA request." Are the "duplicates" referred to in the language quoted above the same group of duplicates that Mr. Humes's referred to in his letter of May 1, 2007 (approximately 600 pages)? Are the documents referred to above as "not responsive to Aguirre's FOIA request" included in the documents described at the bottom of page 2 of your letter of June 29, 2007? If so, would you kindly state which category and how many pages of documents per category?

There is a similar issue regarding the documents which the OIG provided to the Senate, but not in response to my FOIA requests. You make the following statement of page 8 of your memorandum:

> The remaining documents in the OIG Senate production consist of (1) 430 pages from a closed OIG investigation that the Commission had previously produced in response to items seven through twelve of the December 30, 2005 request, and (2) *636 pages from the OIG Senate production Documents that are not responsive to category one of the Senate Committees' August 2, 2005 letter or otherwise responsive to portions of Aguirre's FOIA requests at issue in this litigation* (emphasis added).6

Footnote 6 reads:

> Documents that are not responsive 6 include, without limitation, documents relating to Aguirre's hiring, to his EEO claim regarding decisions not to hire him, and to his request for "official time" to work on his EEO litigation. Hardy Decl. ¶ 22.

By your statements above, we understand that the "636 pages from the OIG production" relate exclusively to my hiring, my EEO claim, or my request for official time, rather than my termination or the Pequot investigation. Is that correct?

Sincerely,


Gary Aguirre