UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-01260-ESH |
| | ) |
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING THE MOTION OF THE SECURITIES AND EXCHANGE COMMISSION FOR LEAVE TO FILE SURREPLY**

This matter having come before the Court on the motion of the United States Securities and Exchange Commission ("Commission") for leave to file a surreply to Aguirre's March 24, 2008 memorandum entitled Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Aguirre Reply"), the Court finds that the Motion of the United States Securities and Exchange Commission should be granted.

ORDERED that the United States Securities and Exchange Commission's Motion for Leave to File Surreply is hereby GRANTED.

Date: _____                    _____
                                        Hon. Ellen S. Huvelle

## SERVICE LIST

Melinda Hardy
Noelle Frangipane
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-9612
Email: hardym@sec.gov

Scott Allan Hodes
P.O. Box 42002
Washington, DC 20015
Email: infoprivacylaw@yahoo.com

Gary J. Aguirre
402 West Broadway
Suite 400
San Diego, CA 92101