UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Securities and Exchange )<br>Commission, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No.: 06-1260 (ESH) |

### PLAINTIFF'S UNOPPOSED MOTION THAT GARY J. AGUIRRE BE HEARD AT THE JUNE 17, 2008, STATUS CONFERENCE

Pursuant to Local Civil Rule 83.2(d), plaintiff in the above-captioned case hereby moves for an order allowing plaintiff and co-counsel Gary J. Aguirre ("Aguirre"), who is not a member of the Bar of the District of Columbia, to be heard in open court, without the appearance of co-counsel Scott Hodes ("Hodes"), at the status conference on June 17, 2008.

By Court Order of September 19, 2007, plainitiff's motion that he appear *pro hac vice* in the above-captioned matter was granted. Local Civil Rule 83.2(d), however, may be interpreted to require the court's permission for an attorney appearing *pro hac vice* to be heard in open court. Rule 83.2(d) provides in part:

> An attorney who is not a member of the Bar of this Court may be heard in open court only by permission of the judge to whom the case is assigned. Any attorney seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration by the non-member that sets forth …

Co-counsel Scott A. Hodes has scheduled a family trip for the week of June 13, 2008, and thus cannot appear at the status conference now scheduled for June 17, 2008.

However, plaintiff and co-counsel Aguirre is most familiar with the legal and factual issues that will be discussed at the status conference that were raised by the Court Order of April 28, 2008.  Plaintiff was the primary drafter of the memorandums and declarations in support of the dispositive briefs previously filed in this case.

Thus, plaintiff asks that he, as co-counsel, be permitted to be heard in open court at the June 17, 2008 status conference and that the appearance of local counsel Scott Hodes be waived at this status conference.

The SEC, through counsel, has indicated that it does not oppose this motion.

Respectfully Submitted,


_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C.  20015
301-404-0502

_____/s/_____
Gary J. Aguirre, CA Bar#38927
402 West Broadway, Suite 400
San Diego, CA  92101
619-595-3197

Attorneys for Plaintiff