UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre,                                      ) | |
|                                                    ) | |
|     Plaintiff,                 ) | |
|                                                    ) | |
| v.                                                 ) | Civil Action No.: 06-1260 (ESH) |
|                                                    ) | |
| Securities and Exchange                            ) | |
| Commission,                                        ) | |
|                                                    ) | |
|     Defendant.                 ) | |

## <u>ORDER</u>

The Court having considered plaintiff's motion that he, as co-counsel, be permitted to be heard in open court at the June 17, 2008 status conference and that the appearance of local counsel Scott Hodes be waived at this status conference, and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted and it is further;

ORDERED that co-counsel Gary J. Aguirre may be heard at the June 17, 2008, status conference and it is further;

ORDERED that the appearance of co-counsel Scott A. Hodes at the June 17, 2008 is waived.

DATED_____                    _____
                                         ELLEN S. HUVELLE
                                         UNITED STATES DISTRICT JUDGE
.