UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE,<br><br>   Plaintiff,<br><br>   v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>   Defendant. | Case No. 1:06-cv-01260-ESH |

**[PROPOSED] ORDER GRANTING MOTION OF THE SECURITIES AND EXCHANGE COMMISSION FOR A STAY PENDING APPEAL**

This matter has come before the Court on the motion of the Securities and Exchange Commission ("Commission") for a stay pending appeal. Having found that good cause exists to grant the requested stay, it is

**ORDERED** that the Commission's motion for a stay pending appeal is GRANTED and it is;

**FURTHER ORDERED** that if the Commission does not notice an appeal by June 20, 2008, the stay shall expire on June 20, 2008 and the deadlines contained in this court's April 28, 2008 order will be extended by four weeks.; and it is

**FURTHER ORDERED** that if the Commission notices an appeal, it shall petition the Court of Appeals for expedited consideration within ten days of filing an appeal.

**SO ORDERED.**

_____
HON. ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT