**Exhibit List to Fourth Aguirre Declaration**

| Ex. No. | Description |
|---|---|
| 55 | February 13, 2008, letter, from H. David Kotz, Inspector General of the SEC, to Senator Charles E. Grassley, Ranking Member of the Senate Finance Committee. |
| 56 | Hand Receipt for Official Personnel Folder (OPF) Taken Out of the Office of Administrative and Personnel Management. |
| 57 | May 16, 2008, email exchanges between Melinda Hardy and Gary Aguirre. |
| 58 | July 14, 2004, memorandum signed by Steven Cutler. |
| 59 | Email from David Wilson to six SEC staff members. |
| 60 | Plaintiff's Brief in Support of Appeal in the EEOC matter. |