# Exhibit 56

## to Fourth Aguirre Declaration

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)

**CONFIDENTIAL**

Merit Systems Protection Board: Aguirre v. SEC

### HAND RECEIPT FOR OFFICIAL PERSONNEL FOLDER (OPF) TAKEN OUT OF THE OFFICE OF ADMINISTRATIVE AND PERSONNEL MANAGEMENT

- It will be properly safeguarded at all times when it is within my custody;
- The contents will be kept confidential;
- The information contained therein will not be disclosed to any unauthorized person;
- It will not be loaned or transferred to any other person or office;
- It will not be allowed to pass into the hands of unauthorized persons;
- The employee to which it pertains will not be allowed to have unauthorized access; (An employee may review his/her OPF in the Office of Administrative and Personnel Management; employees may request a copy from OAPM); and
- Returning OPF's must be hand-delivered in a sealed envelope and labeled "Privacy Act Information Enclosed". A copy of this completed form will serve as a receipt upon return of the OPF.

Approved By: *Carol S. Smith*

(Associate Executive Director, OAPM)

10-14-05
(Date Approved)

Name of Employee: *Gary J. Aguirre*

Authorization for Release: OAPM

Signature of Reviewer: *Juanita Hernandez / Whittaker Maryangle V. HR Asst*

Date Returned and Received by:

Distribution: OAPM (Original) File on left side of OPF

SEC 020215