# Exhibit 57

## to Fourth Aguirre Declaration

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)

**From:** Hardy, Melinda [mailto:HardyM@SEC.GOV]
**Sent:** Friday, May 16, 2008 11:50 AM
**To:** Gary Aguirre
**Subject:** RE: Record

We have no objection to your using the document attached to your email. In not objecting, we are not agreeing to any statements you have made regarding the Commission's obligation to produce the document. I believe I previously explained to you why the document was not responsive to your FOIA request.

---

**From:** Gary Aguirre [mailto:gjaguirre2@aol.com]
**Sent:** Friday, May 16, 2008 1:53 PM
**To:** Hardy, Melinda
**Cc:** 'Peter Broida'; Walker, Laura
**Subject:** Record

Ms. Hardy:

The attached record is one that came out of my OPF, as produced in the MSPB proceeding, and should have been produced in response to my FOIA. It is also among the records the SEC is obligated to produce under Judge Huvelle's order of April 28, 2008. I do not believe it is necessary for me to obtain a further order of the court before using this record in connection with the hearing next Wednesday. However, if you object to its use, I will ask the court on Wednesday for an order directing its production in connection with the proceeding that day.

As you know, I have a filing deadline of Monday at 2 pm. Accordingly, please advise me of your position in this regard by the close of the day.

Sincerely,

Gary Aguirre