# Exhibit 58

## to Fourth Aguirre Declaration

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)

MEMORANDUM

July 15, 2004

TO:     Jayne L. Seidman, Associate Executive Director
        Office of Administration and Personnel Management

FROM:   Stephen M. Cutler, Director
        Division of Enforcement

RE:     Justification for special salary rate that Gary J. Aguirre be hired as an attorney (Securities Industry) in the Enforcement Division at the SK-14, step 24 Level

The Division of Enforcement, Securities and Exchange Commission, requests that an offer of employment be made to Mr. Gary Aguirre to serve as an attorney within the Division as a SK-14, step 24, at the starting salary of $125,601 per annum, as provided by Commission Policy.

The facts to support a request above the minimum salary level are as follows:

Mr. Aguirre has much more litigation, securities and trial experience than the normal candidates we recruit. He has seven years of securities fraud litigation, including three class actions. He has obtained substantial recoveries in 95 consecutive complex cases with a total in excess of $200 million. He was the lead counsel in more than half of these cases and assisted his partner on others. He has published many legal articles and served as a presenter in a variety of civil litigation and advocacy programs. He won appeals in seven separate cases.

Mr. Aguirre received an LLM with Distinction in October 2003 concentrating in Private Studies, Securities Regulation-International Law from Georgetown University Law Center. He graduated with a LLB from Boalt hall, at the University of California, Berkeley. He graduated with a B.S. degree in Political Science from the University of California. He is a member of the bar in California.

Mr. Aguirre recently came out of retirement to obtain an LLM degree and work again in the securities area. While in

2

retirement, Mr. Aguirre was supported by his investments. During the last three years as a partner at his firm, Aguirre & Eckmann, Mr. Aguirre received compensation of $██████ $██████ and $██████. The last year's compensation was limited because the firm was dissolving and stopped business in May of that year. Thus, we propose to offer him a salary of a SK-14/24 at $125,601. The candidate's lowest acceptable pay is $125,601. A recruitment bonus will not provide sufficient incentive for the candidate to join the Commission because it will not provide sufficient on-going compensation to match his previous earning potential.

I am very impressed with Mr. Aguirre's legal experience, academic background, and his desire to join our staff. Based on the above facts, I believe that Mr. Aguirre's outstanding legal credentials merit approval, and it is my opinion that he will become a valued member of our staff within a very short time.

Thank you for your consideration.