UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| ) | |
| Securities and Exchange ) | |
| Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

The Court having considered plaintiff's opposition to defendant's motion for a stay, and the entire record herein, it is hereby

ORDERED that defendant's motion is denied.

DATED_____         _____
                                                                ELLEN S. HUVELLE
                                                                UNITED STATES DISTRICT JUDGE

.