UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary Aguirre, ) | |
|     Plaintiff, ) | |
| v. ) | Civil Action No.: 06-1260 (ESH) |
| Securities and Exchange ) Commission, ) | |
|     Defendant. ) | |

## PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Gary Aguirre seeks a continuance of the status conference scheduled for June 17, 2008. A continuance is necessary to allow Plaintiff sufficient time to review the SEC's compliance with the terms of the court's order of April 28, 2008, dealing with the adequacy of the search and to inform the court of Plaintiff's position on these issues.

Dated:  June 2, 2008                                                  Respectfully Submitted,


                                                                                        _____/s/_____
                                                                                        Scott A. Hodes, D.C. Bar #430375
                                                                                        P.O. Box 42002
                                                                                        Washington, D.C. 20015
                                                                                        301-404-0502



                                                                                        _____/s/_____
                                                                                        Gary J. Aguirre, CA Bar#38927
                                                                                        402 West Broadway, Suite 400
                                                                                        San Diego, CA 92101
                                                                                        619-595-3197

                                                                                        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Gary Aguirre, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 06-1260 (ESH) |
| Securities and Exchange Commission, | ) ) ) ) | |
| Defendant. | ) ) ) | |

### PLAINTIFF'S MEMORANDUM IN SUPORT OF MOTION
### TO CONTINUE STATUS CONFERENCE

The scheduling of the status conference on June 17, 2008, does not allow the Plaintiff sufficient time to review the SEC's compliance with the terms of the Court's Order of April 28, 2008, and submit his position on that issue to the court. In relevant part, the order states, "by June 13, 2008, the SEC shall conduct an adequate search of its records in accordance with the requirements of *Oglesby*, 70 Fed.2d at 1176, or in the alternative, submit a supplemental affidavit demonstrating that its initial search was adequate."

As plaintiff understands the schedule, the primary issue before the Court at the status conference scheduled for June 17, 2008, would be the SEC's compliance with the provisions of the Court's Order dealing with the adequacy of the SEC's search for records. Following the hearing on May 21, 2008, the parties' counsels met and conferred on the issues relating to the adequacy of the search. Little if any progress was made during that meeting to narrow the issues. For these reasons, plaintiff will not be able to assess the adequacy of the SEC's search until the SEC completes its filing on June 13, 2008, two business days before the hearing. Plaintiff and co-counsel Gary Aguirre planned to appear alone at that hearing, since Plaintiff's

co-counsel, Scott Hodes will be on vacation. To appear at the status conference on June 17, Plaintiff would fly from California on June 16, 2008, to Washington, D.C. for the status conference on June 17, 2008. This current scheduling makes impractical to review the SEC's filings on June 17, file a response with the court, and appear at the status conference on June 17.

A postponement of the June 17, 2008, status conference would allow plaintiff's counsel to review the SEC filings, communicate with the SEC regarding plaintiff's contentions of any deficiencies in those filings, and submit those issues to the Court for resolution. Counsel for the SEC, Melinda Hardy, has advised plaintiff's counsel that she has no objection to the proposed continuance. She further stated that "it seems that having more time may allow us to work out issues so we do not need to present them to the court."

One or both of plaintiff's counsel and SEC's counsel are available on any date between July 17 through July 31, 2008, or any date in August. The SEC has requested that the hearing not be scheduled during the period from July 11 through July 16. Plaintiff requests that the matter not be scheduled before July 11, 2008, as he will be recovering from surgery. If the matter is scheduled for July 29 through 31, Plaintiff requests that he be permitted to appear without co-counsel, Scott Hodes. Subject to the availability of counsel as specified above, plaintiff requests the Court to set the status conference on the earliest date convenient to the Court's calendar.

Dated: June 2, 2008                                              Respectfully Submitted,


                                                          _____/s/_____
                                                        Scott A. Hodes, D.C. Bar #430375
                                                        P.O. Box 42002
                                                        Washington, D.C. 20015
                                                        301-404-0502

_____/s/_____
Gary J. Aguirre, CA Bar#38927
402 West Broadway, Suite 400
San Diego, CA 92101
619-595-3197

Attorneys for Plaintiff