UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Gary Aguirre, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 06-1260 (ESH) |
| | ) | |
| Securities and Exchange Commission, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter has come before the Court on the motion of the Securities and Exchange Commission ("Commission") for continuance of the status conference scheduled for June 17, 2008.

Having found that good cause exists to grant the requested continuance, it is hereby

**ORDERED** that the status conference is continued from June 17, 2008, to a date to be determined by the Court.

**SO ORDERED.**

_____
HON. ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT