UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-01260-ESH |
| | ) |
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Defendant. | ) |

**SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO
ORDER OF COURT REQUIRING SUPPLEMENTAL
DECLARATIONS REGARDING THE ADEQUACY OF THE SEARCH**

Defendant, the Securities and Exchange Commission ("Commission"), submits the attached declarations in response to this Court's April 28, 2008 Memorandum Opinion and Order requiring the Commission to conduct an adequate search of its records or in the alternative to submit a supplemental affidavit demonstrating that its initial search was adequate.

Respectfully submitted,

   /s/ Melinda Hardy
MELINDA HARDY, D.C. Bar No. 431906
Assistant General Counsel

NOELLE FRANGIPANE
Senior Counsel

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9612
(202) 551-5140
June 13, 2008                           (202) 772-9263 (fax)