Office of Consumer Affairs & Information Services

TOM:   Donald C. Chumley   Dcc
       Office of Chief Counsel
       Division of Enforcement

SUBJECT:  FOIA Request No. 2006 - 00014 ( Gary J. Aguirre )

DATE:  Gary J. Aguirre (No File No.)
       August 9, 2006

---

I received the attached material from
Susan Markel (Compensation Committee)
today. ~~Plea~~ (Two worksheets). Please
note it contain personal information
about other individuals in the
Division and that information
should be protected to the degree
possible.

2006 AUG -9  A 10: 45