Office of Consumer Affairs & Information Services

FROM: Donald C. Chumley *Dcc*
Office of Chief Counsel
Division of Enforcement

SUBJECT: FOIA Request No. 2006-00014 (Gary J. Aguirre)
Gary J. Aguirre (no file no.)

DATE: August 2, 2006

Page 1 of ___ Pages

---

We have shown the subject FOIA request to each of the "Enforcement" individuals listed on page two of the subject request. We reviewed with them items 7 thru 12 of the request. Here is the results, listed after each such individual.

a. Richard Grime (Rm. 4615, Ext. 1-4915) — About four or five inches of E-mail material. Basically, this material deals with cases that Mr. Aguirre worked on.

b. Charles Cain (Rm. 4614, Ext. 1-4911) — About 5 inches of E-mail material. Just about all of this relates to cases that Mr. Aguirre worked on.

c. Robert Hanson (Rm. 4602, Ext. 1-4488) — About 3 inches of material, some of which <u>might</u> relate to personnel matters.

d. Mark Kreitman (Rm. 4601, Ext. 1-4464) — Mr. Kreitman placed all of his material on a "disk" and sent it to Juanita Hernandez in the General Counsel's Office. Mr. Kreitman, when asked for another copy of the "disk", suggested that you contact Ms. Hernandez to gain access to her copy.

e. Charles Staiger (Rm. 5594, Ext. 1-4470) — Mr. Staiger has not retained any material. He has sent all of his material to Ms. Hernandez and to Laura E. Walker, Esq. of the

TO: Tricia Taylor, Lead Research Specialist
Office of Consumer Affairs & Information Services

FROM: Donald C. Chumley
Office of Chief Counsel
Division of Enforcement

SUBJECT: FOIA Request No. 2006-00014 (Gary J. Aguirre)

RE: Gary J. Aguirre (No file no.)

DATE: August 2, 2006

Page 2 of — Pages

General Counsels' Office. Mr. Strauger did not retain any material

f. Stephen Cutler (Former Division Director) – You will have to contact Sheila Russell (Rm. 5527, Ext. 1-4987) – Ms. Russell was Mr. Cutler's Secretary) – We do not believe you will find any relevant material.

g. Linda Thomsen (Rm. 5580, Ext. 1-4874), Ms. Thomsen is our current director. She believes she might have a few inches of material relating to Mr. Aguirre. She is looking for it and will send it to me. I will forward it to. I have made a note to check with Ms. Thomsen on 08/08/2006. If I have not heard from her and let you know the results.

h. James Clarkson (Rm. 8565, Ext. 14732) – No material found. The hiring committee does not keep any records. Since Mr. Aguirre was hired, his application would have been sent to Mr. Strauger, the rating forms would have been destroyed.

i. Compensation Committee. I spoke to Susan Frankel (Rm. 6500, Ext. 1-4486) who is in charge of the Committee. She informed me that no records are retained by the Committee

Because of the outstanding litigation, a copy of this response is being sent to Lura E. Walker, Esq. in the General Counsels' Office