**TO:** Felecia Taylor, Lead Research Specialist
Office of Consumer Affairs & Information Services

**FROM:** Donald C. Chumley
Office of Chief Counsel
Division of Enforcement

**SUBJECT:** FOIA Request No. 2006-00014 (Gary J. Aguirre)

**RE:** Gary J. Aguirre (No file no.)
August 15, 2006

---

Charles Steiger sent to me today the attached additional material which he felt you should look at with regards to the subject FOIA request.

RECEIVED
2006 AUG 16 P 6:22
SEC
FOIA/PA BRANCH