## Paver, Fran

**From:** Paver, Fran
**Sent:** Monday, August 28, 2006 11:50 AM
**To:** Balducchi, Deborah; Citrin, Ilene F.; Boyd, Dwayne; Samms, Maya; Burnett, Nancy P.; Smith, Karen; Marsh, Anne W.
**Subject:** FOIA REQUEST -- Gary Aguirre
**Importance:** High

I am trying to respond to a VERY broad FOIA request from Gary Aguirre, which is now in Federal Court. In doing so, I need each of you to search your emails and working files for documents relating to his performance as an employee, his compensation and merit pay increase, his termination, EEO counseling, Complaint No. 20-04-04 (which concerned his non-selections for numerous positions) and EEOC No. 100-2005000413X (which concerned the same matters as Complaint No. 20-04-04).

Please print out any responsive emails and provide me copies of any other responsive documents you have as soon as possible. If you don't have any documents, please let me know that as well.

If you want to see a copy of the actual request or have any questions, let me know.

Thank you!

-- Fran

6/4/2008