# MEMORANDUM

TO: Felecia Taylor, Lead Research Specialist
FOIA/PA Office

FROM: Fran L. Paver
EEO Office

RE: FOIA Request No. 06-00014-FOPA

DATE: September 5, 2006

RECEIVED 2006 SEP 14 A 11:22 SEC FOIA/PA OFFICE

This responds to your memorandum dated July 31, 2006, regarding the FOIA request of Gary Aguirre (06-00014-FOPA). In that memorandum, you asked the EEO Office to respond to numbers 7-14, and 26, 27 and 29 of the request. Enclosed please find copies of documents we believe may be responsive to the request. We have withheld three items from these documents pursuant to Exemptions b5 and b6. The first, withheld pursuant to b5, is a draft document, which was attached to a March 12, 2006 email. We also withheld, pursuant to b6, a home email address on a transmittal email (perhaps this entire document should be withheld pursuant to b2) and the name of a third party in an email dated September 13, 2005, from Gregory Cobert to Linda Borostovik. I have flagged each of these documents for you.

With regard to each of the numbered requests, please see the following:

**A.** We do not have records responsive to numbers 7 and 8 (other than copies of items that may be part of the documents responsive to the other requested items); these documents are likely with the Office of Human Resources or the Division of Enforcement.

**B.** Documents responsive to numbers 9, 11 and 12, concerning Mr. Aguirre's termination: We have a file that we have titled "ADEA," which contains documents collected in response to an EEOC request that we conduct an inquiry into Mr. Aguirre's allegation of age discrimination and termination. We also have miscellaneous emails concerning this inquiry. We have provided a copy of this file and the emails to Laura Walker in the Office of General Counsel. She has advised she will handle this portion of the request.

**C.** Documents responsive to number 10, concerning Mr. Aguirre's merit pay increase: The only records we have would be those collected in connection with the ADEA/termination inquiry (see B, above).

**D.** Documents responsive to number 13, concerning statements taken by Delores Ruffin: Ms. Ruffin was a contractor who served as an EEO counselor for EEO Complaint No. 26-05, which became the ADEA/termination matter. The

only documents we have related to this request are maintained in the counseling file addressed in number 14 (see E, below).

E. Documents responsive to number 14, concerning records maintained in connection with EEO counseling of Mr. Aguirre between July 22, 2005 and the present: The only counseling matter during this time frame concerned Mr. Aguirre's age discrimination (ADEA) claim. We have provided a copy of the counseling file to Laura Walker in the Office of General Counsel. She has advised she will handle this portion of the request (see B, above).

F. Documents responsive to numbers 26 and 27, concerning communications between EEO employees and others regarding SEC No. 20-04-04, from April 16, 2004 to the present: These documents were the subject of an earlier request (FOIA No. 05-02695). For additional information on these documents and the agency's response, see Noelle Frangipane in the Office of General Counsel.

G. Documents responsive to number 29, concerning communications between SEC employees and EEOC employees relating to EEOC No. 100-2005-00413X: EEOC No. 100-2005-00413X is the EEOC appeal number for Complaint No. 20-04-04. We previously provided Mr. Aguirre the file for this matter. Enclosed are the only other documents we located, which may be responsive to this portion of the request.

H. Other miscellaneous emails: we located other miscellaneous emails, memos and letters -- we are uncertain whether they are responsive to any of the above-described requests. Nevertheless, we are providing these to the FOIA Office.

If you have any questions, or wish to discuss this further, please let me know.

Enclosures

cc: Laura Walker
    Office of General Counsel
    (without enclosures)