UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY AGUIRRE,<br><br>            Plaintiff,<br>    v.<br><br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>            Defendant. | Case No. 1:06-cv-1260-ESH |

## DECLARATION OF VICTOR H. TYNES

I, Victor H. Tynes, declare as follows:

1.      I am an Attorney-Adviser (General) in the Office of Office of Human Resources ("OHR") of the Securities and Exchange Commission ("Commission"). My duties include serving as the Freedom of Information Act ("FOIA") Liaison between OHR and the Commission's FOIA Office. I have been performing the FOIA Liaison work in this capacity since December 2002. I make this declaration concerning the search for documents responsive to items 7 - 12 of plaintiff's December 30, 2005 FOIA request (the "FOIA request").

2.      On or about August 1, 2006, I received via facsimile a document titled "FOIA Request Referral" from Felecia Taylor, Lead Research Specialist of the Commission's Freedom of Information Act ("FOIA") Office. This document consisted of a cover page signed by Ms. Taylor. Attached to the cover page was a copy of the FOIA request. This document is attached hereto as Exhibit 1.

3.      Upon receipt of the FOIA request, I reviewed it carefully and identified staff which I believed might possess responsive documents. On August 2, 2006, I sent an email to the OHR staff I identified, and attached a copy of the FOIA request. A copy of my email is attached hereto

as Exhibit 2.

4. The OHR staff members who received my email and the FOIA request reviewed their paper and electronic files (including email) and provided me with a copy of their potentially responsive materials.

5. On or about August 30, 2006, I sent all of the documents collected by OHR staff to the FOIA Office for processing. To my knowledge, all OHR staff that might have responsive materials have been queried and OHR does not possess any other material which has not already been produced in response to this request.

6. In performing the search for potentially responsive documents, OHR staff interpreted the language of the request broadly, and was never instructed to narrow the scope of the search in any manner.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008 in Washington, D.C.

Victor H. Tynes

2