# Exhibit 1

to Fourth Hardy Declaration

*Aguirre v. SEC*, No. 06-1260 (ESH)



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

OFFICE OF THE
GENERAL COUNSEL

August 16, 2007

By First-Class Mail

Scott A. Hodes
Post Office Box 42002
Washington, D.C. 20015

    Re:    *Aguirre v. SEC*, Civ. No. 06-1260 (ESH)

Dear Mr. Hodes:

    In my July 26, 2007 letter to you, I said that we would compare the FOIA production and the Senate production to determine whether the Senate production contains any additional documents responsive to items 7 through 12 of Mr. Aguirre's December 30, 2005 FOIA/Privacy Act request. We have completed that review, and copies of the documents that come within that category are enclosed (bates nos. 165-66, 427-29, 570, 639, 642, 1084, 1160, 1310, 3092, 3110-11, 5013-24, 5279-86, 5294, 5524, 5686-87, 5797). The redacted information is names, personal identifying information, and other information in which individuals have a privacy interest withheld under Exemption 6.

                                          Very truly yours,

                                          Melinda Hardy
                                          Assistant General Counsel
                                          202-551-5149