# Exhibit 2

to Fourth Hardy Declaration

*Aguirre v. SEC*, No. 06-1260 (ESH)

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE CHAIRMAN

Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1 | n/a | n/a | n/a | Draft Q&A for Potential Questions re: Pequot/Mack/Aguirre | b5 | 1 | Partially responsive. Draft questions and answers for Chairman's consideration. Responsive portion concerns Aguirre's termination. Reveals pre-decisional, deliberative process regarding Aguirre's allegations. |
| 2 | n/a | n/a | n/a | Draft Talking Points re: Former ENF Staff Attorney | b5 | 4 | Partially responsive. Draft talking points for Chairman. Responsive portion describes Aguirre's allegations re termination. Reveals pre-decisional, deliberative process regarding Aguirre's allegations. |
| 3 | n/a | n/a | n/a | Pending items | b5 | 1 | Partially responsive. Description of items requiring Chairman's deliberation. Responsive portion refers to Aguirre's termination. Reveals pre-decisional deliberative process. |
| 4 | n/a | Peter Uhlmann | n/a | Handwritten Notes | b5 | 1 | Partially responsive. Handwritten Notes. Responsive portion notes issue regarding description of Aguirre's termination. Reveals pre-decisional deliberative process. |
| 5 | 29-Sep-06 | The Commission, Chairman Christopher Cox | Honorable Michael G. Oxley | Draft letter | b5 | 2 | Partially responsive. Draft letter. Responsive portion describes Aguirre's termination. Reveals pre-decisional deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE CHAIRMAN

Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 6 | n/a | n/a | n/a | Draft Talking Points re: Former ENF Staff Attorney | b5 | 3 | Partially responsive. Draft Talking Points for Chairman. Responsive portion describes Aguirre's allegations re termination. Reveals pre-decisional, deliberative process. |
| 7 | 23-May-05 (sic) | Office of Inspector General | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of May 24, 2006 memo regarding OIG response to Congressional request. Responsive portion is draft description of personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |
| 8 | 23-May-05 (sic) | Office of Inspector General | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of May 24, 2006 memo regarding OIG response to Congressional request. Responsive portion is draft description of personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |
| 9 | May 24, 2005 (sic) | Office of Inspector General | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of May 24, 2006 memo regarding OIG response to Congressional request. Responsive portion is draft description of personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE CHAIRMAN

Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10 | 31-Jul-06 | Office of Inspector General | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of August 1, 2006 memo regarding OIG response to Congressional request. Responsive portion is draft description of personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |
| 11 | 23-May-05 (sic) | Office of Inspector General | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of May 24, 2006 memo regarding OIG response to Congressional request. Responsive portion is draft description of personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |

3

6/13/2008