# Exhibit 3

to Fourth Hardy Declaration

*Aguirre v. SEC*, No. 06-1260 (ESH)

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

|  | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1 | Jul-06 | Juanita Hernandez | n/a | OGC Internal Investigation Re: Gary Aguirre - July 2006; Questions to PKRF | b5 | 2 | Partially responsive. Draft questions for OGC internal investigation regarding Aguirre's allegations to OSC. Document contains attorney work product and reveals pre-decisional deliberative process. |
| 2 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 8 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 3 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 11 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 4 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 5 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 6 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 13 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 7 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 13 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 8 | Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 5 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9 | 11-Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 4 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 10 | 27-Jul-06 | Office of Inspector General | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of August 1, 2006 memo regarding SEC response to Congressional request. Responsive portion is draft description of personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |
| 11 | Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 4 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 12 | 6-Jul-06 | Juanita Hernandez | Melinda Hardy | OGC Internal Investigation Re: Gary Aguirre - July 2006; Questions to PKRF | b5 | 2 | Draft questions for OGC internal investigation related to Aguirre's allegations to OSC. Contains attorney work product and reveals pre-decisional deliberative. |
| 13 | 10-Jul-06 | Juanita Hernandez | Melinda Hardy | OGC Internal Investigation Re: Gary Aguirre - July 2006; Questions to PKRF | b5 | 2 | Draft questions for OGC internal investigation related to Aguirre's allegations to OSC. Contains attorney work product and reveals pre-decisional deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 14 | 17-Jul-06 | Mark Kreitman | Juanita Hernandez and Melinda Hardy | E-mail re: Follow-up to our meeting; attaching several documents | b5, b6 | 10 | Email contains confidential attorney-client communications from Kreitman to Commission attorneys. Withheld attachments are (1) drafts of 2005 evaluations for an employee other than Aguirre that reveal information in which that employee has a privacy interest; and (2) a chart showing recommended and final ratings for persons Kreitman supervises which shows deliberations regarding ratings and also reveals information in which persons have a privacy interest (line |
| 15 | 21-Jul-06 | Melinda Hardy | Deborah Balducchi | E-mail re: Aguirre issues | b5 | 1 | Partially responsive. Draft questions & answers for Congressional testimony by Chairman Cox. Responsive portion concerns Aguirre's notice of intent to file ADEA claim. Reveals pre-decisional deliberative process. |
| 16 | 21-Jul-06 | Melinda Hardy | Jane Cobb | E-mail re: Aguirre talking points attaching draft talking points | b5 | 4 | Partially responsive. Draft questions and answers for Congressional testimony by Chairman Cox. Responsive portion concerns personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |
| 17 | 9/14/2006 | Melinda Hardy | Anil Abraham, Peter Uhlmann, Jane Cobb, and Richard Humes | E-mail re: draft response to Oxley letter re Aguirre attached | b5 | 3 | Partially responsive. Draft letter. Responsive portion describes Aguirre's termination. Reveals pre-decisional deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 18 | 11-Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 19 | 11-Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 20 | Jul-06 | Juanita Hernandez | n/a | OGC Internal Investigation Re: Gary Aguirre - July 2006; Questions to PKRF | b5 | 2 | Partially responsive. Draft questions for OGC internal investigation regarding Aguirre's allegations to OSC. Document contains attorney work product and reveals pre-decisional deliberative process. |
| 21 | Jul-06 | Juanita Hernandez | n/a | OGC Internal Investigation Re: Gary Aguirre - July 2006; Questions to PKRF | b5 | 2 | Partially responsive. Draft questions for OGC internal investigation regarding Aguirre's allegations to OSC. Document contains attorney work product and reveals pre-decisional deliberative process. |
| 22 | 14-Sep-06 | Chairman Christopher Cox | The Honorable Michael G. Oxley | Draft letter | b5 | 2 | Partially responsive. Draft letter. Responsive portion describes Aguirre's termination. Reveals pre-decisional deliberative process. |

5

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 23 | Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 5 | Partially responsive. Draft of September 26, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 24 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 10 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 25 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 10 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 26 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 10 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 27 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 28 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 29 | 15-Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 30 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 31 | Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 32 | 18-Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 14 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 33 | 16-Aug-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 34 | Aug. __, 2006 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 11 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 35 | Aug. __, 2006 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 15 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 36 | Aug. __, 2006 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 15 | Partially responsive. Draft of August 18, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 37 | Sept. __, 2006 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 5 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 38 | 12-Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF THE GENERAL COUNSEL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTION | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 39 | 11-Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 9 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 40 | 11-Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 3 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 41 | 11-Sep-06 | Office of the General Counsel | The Commission | Draft Action Memorandum | b5 | 7 | Partially responsive. Draft of September 11, 2006 memo regarding SEC response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Contains attorney work product, reveals pre-decisional deliberative process, and confidential attorney-client communications. |
| 42 | 17-Aug-06 | Office of Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals pre-decisional deliberative process. |

10