# Exhibit 4

to Fourth Hardy Declaration

*Aguirre v. SEC*, No. 06-1260 (ESH)

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF INSPECTOR GENERAL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | BEG BATES | END BATES | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 17-Aug-06 | 1105 | 1115 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 11 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 2 | 16-Aug-08 | 1116 | 1127 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 3 | 18-Aug-06 | 1128 | 1139 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 4 | 18-Aug-06 | 1140 | 1151 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 5 | 17-Aug-06 | 1152 | 1163 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF INSPECTOR GENERAL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | BEG BATES | END BATES | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 16-Aug-06 | 1164 | 1175 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 7 | 15-Aug-06 | 1176 | 1186 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 11 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 8 | 15-Aug-06 | 1187 | 1197 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 11 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 9 | 15-Aug-06 | 1198 | 1202 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 5 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 10 | 15-Aug-06 | 1203 | 1210 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 8 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF INSPECTOR GENERAL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | BEG BATES | END BATES | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 18-Aug-06 | 1211 | 1222 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 12 | 17-Aug-06 | 1223 | 1234 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 13 | 18-Aug-06 | 1235 | 1246 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 14 | 18-Aug-06 | 1247 | 1258 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 15 | 16-Aug-06 | 1259 | 1271 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 13 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF INSPECTOR GENERAL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | BEG BATES | END BATES | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 17-Aug-06 | 1272 | 1283 | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 12 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 17 | n/a | n/a | n/a | Office of the Inspector General | n/a | Briefing to Senator Grassley's Staff OIG-431 | b5 | 1 | Partially responsive. Notes prepared for meetings with the Senate Committee staff. Responsive portions address allegations and findings related to Aguirre termination. Reveals pre-decisional deliberative process. |
| 18 | n/a | n/a | n/a | Office of the Inspector General | n/a | Briefing to Senator Grassley's Staff OIG-431 | b5 | 1 | Partially responsive. Notes prepared for meetings with the Senate Committee staff. Responsive portions address allegations and findings related to Aguirre termination. Reveals pre-decisional deliberative process. |
| 19 | n/a | n/a | n/a | Office of the Inspector General | n/a | Briefing to Senator Grassley's Staff OIG-431 | b5 | 1 | Partially responsive. Notes prepared for meetings with the Senate Committee staff. Responsive portions address allegations and findings related to Aguirre termination. Reveals pre-decisional deliberative process. |
| 20 | n/a | n/a | n/a | Office of the Inspector General | n/a | Briefing to Senator Grassley's Staff OIG-431 | b5 | 1 | Partially responsive. Notes prepared for meetings with the Senate Committee staff. Responsive portions address allegations and findings related to Aguirre termination. Reveals pre-decisional deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF INSPECTOR GENERAL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | BEG BATES | END BATES | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 21 | n/a | n/a | n/a | Office of the Inspector General | n/a | OIG-431 | b5 | 2 | Partially responsive. Notes prepared for meetings with the Senate Committee staff. Responsive portions address allegations and findings related to Aguirre termination. Reveals pre-decisional deliberative process. |
| 22 | n/a | n/a | n/a | OIG staff | n/a | handwritten notes | b5 | 3 | Partially responsive. Notes made to prepare for meeting with the Senate Committee staff. Responsive portions address allegations and findings related to Aguirre termination. Reveals pre-decisional deliberative process. |
| 23 | n/a | n/a | n/a | OIG staff | n/a | Access Request | b5 | 2 | Partially responsive. Draft remarks to Commission. Responsive portion summarizes findings of OIG closed investigative. Reveals pre-decisional deliberative process regarding Aguirre's allegations. |
| 24 | n/a | n/a | n/a | Office of Inspector General | n/a | Draft Enforcement Performance Management Audit Program | b5 | 6 | Partially responsive. Draft description of anticipated audit process. Responsive portion contains statement about findings in closed investigation regarding evaluations. Reveals pre-decisional deliberative process regarding Aguirre's allegations. |
| 25 | 31-Jul-06 | n/a | n/a | Office of Inspector General | n/a | Draft Enforcement Performance Management Audit Program | b5 | 6 | Partially responsive. Draft description of anticipated audit process. Responsive portion contains statement about findings in closed investigation regarding evaluations. Reveals pre-decisional deliberative process regarding Aguirre's allegations. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF INSPECTOR GENERAL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | BEG BATES | END BATES | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 24-Jul-06 | n/a | n/a | Office of Inspector General | n/a | Draft Enforcement Performance Management Audit Program | b5 | 6 | Partially responsive. Draft description of anticipated audit process. Responsive portion contains statement about findings in closed investigation regarding evaluations. Reveals pre-decisional deliberative process regarding Aguirre's allegations. |
| 27 | 27-Jul-06 | n/a | n/a | Office of the Inspector General | n/a | Draft Enforcement Performance Management Audit Program | b5 | 6 | Partially responsive. Draft description of anticipated audit process. Responsive portion contains statement about findings in closed investigation regarding evaluations. Reveals pre-decisional deliberative process regarding Aguirre's allegations. |
| 28 | 31-Jul-06 | n/a | n/a | Office of the Inspector General | n/a | Draft Enforcement Performance Management Audit Program | b5 | 6 | Partially responsive. Draft description of anticipated audit process. Responsive portion contains statement about findings in closed investigation regarding evaluations. Reveals pre-decisional deliberative process regarding Aguirre's allegations. |
| 29 | 8/15/2006 | n/a | n/a | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 5 | Partially responsive. Draft of August 18, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 30 | 9/20/2006 | n/a | n/a | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 4 | Partially responsive. Draft of September 21, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |

SUPPLEMENTAL VAUGHN INDEX FOR DOCUMENTS FROM THE OFFICE OF INSPECTOR GENERAL
Aguirre v. SEC, No. 06-1260 (D.D.C.)

| | DATE | BEG BATES | END BATES | FROM | TO | TITLE/TYPE OF DOCUMENT | FOIA EXEMPTIO | PAGE COUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 31 | 9/21/2006 | n/a | n/a | Office of the Inspector General | The Commission | Draft Action Memorandum | b5 | 4 | Partially responsive. Draft of September 21, 2006 memo regarding OIG response to Congressional inquiry. Responsive portion is draft description of personnel actions involving Aguirre. Reveals precedisional, deliberative process. |
| 32 | n/a | n/a | n/a | Office of the Inspector General | The Commission | Draft Enforcement Performance Management Audit Program | b5 | 6 | Partially responsive. Draft description of anticipated audit process. Responsive portion contains statement about findings in closed investigation regarding evaluations. Reveals pre-decisional deliberative process regarding Aguirre's allegations. |

6/13/2008