# Exhibit 5

## to Aguirre Declaration
## August 1, 2008

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

January 8, 2007

Scott A. Hodes, Esq.
P.O. Box 42002
Washington, D.C. 20015

Joanne Royce, Esq.
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006

Re:  Freedom of Information Act Request No. 06-00014-FOPA;
     *Aguirre v. SEC*, No. 1:06-cv-01260-ESH (D.D.C.)

Dear Mr. Hodes and Ms. Royce:

I have reviewed the FOIA Office's October 11, 2006 decision, in response to the above-referenced FOIA request, to withhold "records generated by the Office of Inspector General, staff handwritten notes, deliberative intra-agency memoranda, deliberative internal electronic mails, employees names, and Compensation Committee spreadsheets." I have decided, for the reasons discussed below, to make a discretionary release of all of the documents except the compensation committee spreadsheets and the documents from the Office of Inspector General's ongoing investigation.

Although I have no reason to believe the decisions of the FOIA Office were incorrect at the time they were made, circumstances have now changed. Because Commission staff, including Mr. Aguirre's supervisors identified below, discussed their deliberations and their actions with respect to Mr. Aguirre at the December 5, 2006 hearing before the Senate Committee on the Judiciary, the staff does not have a continuing need to keep confidential its predecisional deliberations regarding the termination of Mr. Aguirre's employment. The documents that are now being disclosed will be redacted to withhold names, e-mail addresses, phone numbers, street addresses, and social security numbers of Commission staff and of third parties. However, the following persons' names will not be redacted as they appeared at the December 5, 2006 Senate Committee hearing: Linda Thomsen, Paul Berger, Mark Kreitman, Robert Hanson, and John Mack. The Commission is withholding the names and identifying information about third parties under Exemption 6 of the FOIA, 5 U.S.C. 552(b)(6). Reliance on Exemption 6 is appropriate to protect privacy interests of these third parties because there has been significant media interest in Mr. Aguirre's claims regarding the termination of his employment, and disclosure of the names and identifying information in the documents the Commission is now releasing would subject individuals named in the documents to unwanted

Mr. Hodes and Ms. Royce
January 8, 2007
Page 2

and distracting inquiries from the media and anyone else who may be interested in Mr. Aguirre's employment at the Commission. Also, the Commission does not have an obligation to release the names and identifying information under the Privacy Act because the documents were not maintained in a system of records, and the Privacy Act does not require release of personal information concerning other Commission employees. 5 U.S.C. 552a(d).

The Commission is continuing to withhold various provisional versions of the compensation committee spreadsheets under Exemptions 5 and 6 of the FOIA, 5 U.S.C. 552(b)(5), (6). However, the Commission will release the columns of the final version of the spreadsheet that provide the final decision regarding the number of merit steps each employee would receive. Mr. Aguirre does not have a right to the spreadsheets under the Privacy Act because they were not maintained in a system of records, do not pertain to Mr. Aguirre within the meaning of the Act, and contain personal information concerning other Commission employees that is not required to be disclosed under the Act. 5 U.S.C. 552a(d).

Although the Commission is disclosing documents from the OIG's initial investigation of Mr. Aguirre's claims conducted in 2005, the Commission is continuing to withhold the documents generated in the ongoing OIG investigation under Exemption 7(A) of the FOIA, 5 U.S.C. 552(b)(7)(A). Also, Mr. Aguirre does not have a right to those documents under the Privacy Act because they do not pertain to him within the meaning of the Act and, even if they did pertain to him, they are exempt from disclosure. See 5 U.S.C. 552a(d), (k)(2); 17 C.F.R. 200.313(b)(1).

If you have any questions regarding my determination, please call me at 202-551-5140.

For the Commission
by delegated authority,

Richard M. Humes
Associate General Counsel

**Andrews, Kelly J.**

| | |
|---|---|
| From: | Sullivan, Mary Beth |
| Sent: | Thursday, June 29, 2006 9:10 AM |
| To: | Andrews, Kelly J. |
| Subject: | FW: ENF ex-employee |

Here is what I sent Walt - fyi.

-----Original Message-----
From: Sullivan, Mary Beth
Sent: Thursday, June 29, 2006 9:10 AM
To: Stachnik, Walter J.
Subject: RE: ENF ex-employee

Walt,

What does this mean - do you not want me to talk to Renee about this? (This is different than the situation with Jill, as someone external contacted Jill directly. I would be speaking with Renee).

Mary Beth

-----Original Message-----
From: Stachnik, Walter J.
Sent: Thursday, June 29, 2006 8:56 AM
To: Egbert, Nelson N.; Sullivan, Mary Beth; Woodford, Richard; Andrews, Kelly J.
Cc: Stroud, Renee
Subject: RE: ENF ex-employee

I think the OIG should decide what to do and not have several staff pursuing the same matter without coordination (e.g., SSNs in EDGAR)

-----Original Message-----
From: Egbert, Nelson N.
Sent: Thursday, June 29, 2006 8:54 AM
To: Sullivan, Mary Beth; Stachnik, Walter J.; Woodford, Richard; Andrews, Kelly J.
Cc: Stroud, Renee
Subject: RE: ENF ex-employee

Renee should be notified.

-----Original Message-----
From: Sullivan, Mary Beth
Sent: Thursday, June 29, 2006 8:02 AM
To: Stachnik, Walter J.; Egbert, Nelson N.; Woodford, Richard; Andrews, Kelly J.
Subject: FW: ENF ex-employee

Please see below. There seems to be 2 issues here: 1) was the account used after the individual's departure; and 2) why the account wasn't cancelled. For #1, I can ask OIT if they can determine this. Should #2 be referred to one of the auditors? If so, who?

Mary Beth

P.S. I checked and the account is still showing up on Outlook.

-----Original Message-----
From: Gerrity, Joseph
Sent: Wednesday, June 28, 2006 6:41 PM
To: Wilson, David
Cc: Sullivan, Mary Beth
Subject: Re: ENF ex-employee

I would suggest that we send this to oig for referal to gc.

1

C000560

AGUIRRE 0001087