# Exhibit 7

## to Aguirre Declaration August 1, 2008

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)

Spoke w/ Dave Cunningham

Gary,

Thanks for today's letter requesting a transfer to another branch. As I indicated when we spoke last week, Mark Kreitman's assistant director section does not have an opening right now, but we will consider your request and see what we can do. I did want to get back to you to let you know that we are considering your request in light of the current openings.

I also wanted to correct a thought that runs throughout your letter. You state that I have "raised the question in the past whether the issue is [your] ability to take instructions from a younger supervisor." That is not accurate. During our discussions, I suggested that one concern that we often flag for laterals when interviewing for a position here is whether they will be comfortable reporting to someone less experienced. Experience, and the comfort in reporting to someone less experienced, is the issue, not age. In our discussions, I stated that I hoped that you would be comfortable reporting to someone less experienced, particularly in light of what you could offer. I hope that this clarifies our discussions.

Paul

① 942 9547    Balducci 0044

Attn ___ eitrm

Is this accurate?
Are there any opening will there be
1. delete
2. clarify what he ___
3. I have checked w/ EEO + nothing going on in EEO that would preclude things going the way we normally do.

possible - waiver legitimate business ~~regard~~
Section reason after april 30

– a specific employed for business related concerns

Deborah you advise me ___ bloom can you look @ this

(877) Lindy Hardy

1/13/05
Called Ilene Citron and gave her feedback on final version. Berger will come.

Fran Paver EEO    Ilene Citron

AGUIRRE 000353