# Exhibit 8

## to Aguirre Declaration
## August 1, 2008

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)

**Gary Aguirre**

**From:** Gary Aguirre [gjaguirre@cs.com]
**Sent:** Thursday, March 16, 2006 11:19 AM
**To:** 'Casey, Kathy (Banking)'
**Cc:** 'Joanne Royce'; whistle47@aol.com
**Subject:** RE: Meeting

Hi Kathy:

I dropped off the OSC Complaint yesterday afternoon at your office.

I am sure you understand this, but, to avoid any misunderstanding, I wish to conform that I provided the information to you in connection with the Committee's oversight function. Please use it in that regard as you deem necessary.

Sincerely,

Gary Aguirre

---

**From:** Casey, Kathy (Banking) [mailto:Kathy_Casey@banking.senate.gov]
**Sent:** Friday, March 10, 2006 3:10 PM
**To:** Gary Aguirre
**Subject:** RE: Meeting

545 dirksen

---

**From:** Gary Aguirre [mailto:gjaguirre@cs.com]
**Sent:** Friday, March 10, 2006 3:07 PM
**To:** Casey, Kathy (Banking)
**Subject:** RE: Meeting

That works. Office number, building?

---

**From:** Casey, Kathy (Banking) [mailto:Kathy_Casey@banking.senate.gov]
**Sent:** Friday, March 10, 2006 2:50 PM
**To:** GJAguirre@cs.com
**Subject:** RE: Meeting

How about 4 on Monday?

---

**From:** GJAguirre@cs.com [mailto:GJAguirre@cs.com]
**Sent:** Friday, March 10, 2006 1:16 PM
**To:** Casey, Kathy (Banking)
**Subject:** Meeting

Kathy

1

A pleasure here too. Any time on Monday is fine, but since you have the tougher schedule, what works best for you?

Regards,

Gary

2