# Exhibit 9

## to Aguirre Declaration
## August 1, 2008

*Aguirre v. SEC*, 06-CV-1260 (D.D.C.)

## Gary Aguirre

**From:** Gary Aguirre [gjaguirre@cs.com]
**Sent:** Wednesday, May 31, 2006 6:58 AM
**To:** 'Casey, Kathy (Banking)'
**Cc:** 'Joanne Royce'; 'DiSanto, Emilia (Finance-Rep)'
**Subject:** My OSC complaint

Hi Kathy:

First, congratulations on your nomination.

On a different subject, you may recall that back in March I provided you with my OSC Complaint, the supporting exhibits, and some other documents.

Would you please allow Emilia to make a copy of those records for Finance so both Committees have same docs?

Also, given the sensitivity of the matter we were discussing and where you are going, I thought it prudent to send you the email below regarding my purpose in providing you with the documents in March.

Regards,

Gary Aguirre

---

**From:** Gary Aguirre [mailto:gjaguirre@cs.com]
**Sent:** Thursday, March 16, 2006 1:19 PM
**To:** 'Casey, Kathy (Banking)'
**Cc:** 'Joanne Royce'; whistle47@aol.com
**Subject:** RE: Meeting

Hi Kathy:

I dropped off the OSC Complaint yesterday afternoon at your office.

I am sure you understand this, but, to avoid any misunderstanding, I wish to conform that I provided the information to you in connection with the Committee's oversight function. Please use it in that regard as you deem necessary.

Sincerely,

Gary Aguirre

1