UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**GARY AGUIRRE,**                   )
                                    )
      **Plaintiff,**       )
                                    )
      v.                   )   Civil Action No.  06-1260 (ESH)
                                    )
**SECURITIES AND EXCHANGE**         )
**COMMISSION,**                     )
                                    )
      **Defendant.**       )
_____)

## ORDER

    Based on the status conference held on August 6, 2008, defendant is hereby **ORDERED** to do the following by September 26, 2008:

1. Produce a Vaughn index containing all withheld documents that are responsive to Request Nos. 7-12 from plaintiff's December 30, 2005 FOIA request. It is agreed that the cutoff date shall be August 31, 2006. This Vaughn index shall include, but is not limited to: any responsive items listed in the Vaughn index filed on October 1, 2007; items in the Vaughn indices attached as Exhs. 2-4 to the Fourth Hardy Declaration, dated June 13, 2008; the June 2006 notes of Robert Hanson and Peter Bresnan; and any documents allegedly protected by the work product or attorney-client doctrines. A new search is necessary only in cases where the search conducted by the SEC did not interpret the request to include any document related to plaintiff's performance, evaluations, merit pay increase, or termination.

2. Complete a segregability analysis for documents withheld under Exemption 5's deliberative process privilege unless defendant is also invoking the attorney-client or work product doctrines.

3. Conduct a search for responsive documents in the offices of Commissioner Kathleen Casey and any other Commissioner who served prior to August 31, 2006. Defendant shall also produce an affidavit supporting the adequacy of this search.

4. To the extent that defendant is withholding documents based on the belief that they are not covered by FOIA (*e.g.*, notes belonging to Anil Abraham, Samuel

Forstein, Melinda Hardy, and Juanita Hernandez that defendant contends are not "agency records"), it must produce affidavits supporting its position.

It is further **ORDERED** that, on or before October 10, 2008, plaintiff shall indicate exactly what, if anything, he intends to contest regarding defendant's September 26, 2008 submission.

**SO ORDERED**.

          /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  August 7, 2008